**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: July 3, 2014**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION-DAYTON

| | |
|---|---|
| In Re: | ) Case No. 13-34099 |
| | ) |
| | ) (Substantively Consolidated)[1] |
| **LOFINO PROPERTIES, LLC,** | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) (Judge Lawrence S. Walter) |
| | ) |

### ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT

This matter is before the Court on the request of Henry E. Menninger, Jr., Chapter 11 Trustee for Debtors Lofino Properties, LLC and Southland 75, LLC, and First Financial Bank, NA (collectively, the "Plan Proponents") for approval of the First Amended Disclosure Statement With Respect to Joint Plan of Reorganization for Lofino Properties, LLC and Southland 75, LLC [L.Doc. No. 236] filed by on June 27, 2014, (together with the exhibits filed on July 2, 2014 [L.Doc. 242], the "Amended Disclosure Statement"); and

The Court having considered the Amended Disclosure Statement, good and sufficient notice of the hearing on the Amended Disclosure Statement having been provided, the hearing having been cancelled with the consent of the Plan Proponents and upon the withdrawal of all

---

[1] *In re Southland 75, LLC*, case no. 13-34100, substantively consolidated into lead case no. 13-34099. Documents filed in the individual cases shall be cited by their respective docket numbers, L.Doc. __ for documents previously filed in *In re Lofino Properties, LLC*, case no. 13-34099, and S.Doc. __ for documents previously filed in *In re Southland 75, LLC*, case no. 13-34100.  .

objections filed to the Amended Disclosure Statement, and it having been determined that the Amended Disclosure Statement contains adequate information within the meaning of section 1125 of the Bankruptcy Code:

    IT IS ORDERED, and notice is hereby given, that:

    A.    The Amended Disclosure Statement is APPROVED; and

    B.    The form of ballot [L.Doc. 242, Exhibit E] filed by the Plan Proponents is APPROVED;

    **SO ORDERED.**

                            # # #

Copies to: Default List

5530415.5