# THE GIBBS FIRM, LPA
## NATIONAL PROPERTY TAX APPEALS AND LITIGATION



EXHIBIT 3

July 21, 2014

### REVISED INVOICE FOR LEGAL SERVICES RENDERED

Raymond J. Pikna, Jr., Esq.
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202

Dear Mr. Pikna:

For services rendered in connection with the property known as the Sugarcreek Plaza from March 25, 2014 to May 28, 2014 as indicated in the attached statement.

| | |
|---|---|
| 10.4 hours: | $2,825.00 |
| Plus: Mileage for Property Visit | $    16.23 |
| Plus: FedEx Overnight | $    20.30 |
| Total | $2,861.53 |

**Your Total Now Due and Payable is.........$2,861.53**

Please remit your payment to:   The Gibbs Firm, LPA
2355 Auburn Avenue
Cincinnati, Ohio 45219

The Gibbs Firm thanks you for your inquiries. Please contact me directly with any questions or concerns regarding this invoice for services rendered.

Best regards,

Ryan J. Gibbs, Esq.

mtf/RJG

THE GIBBS FIRM, LPA
2355 AUBURN AVENUE
CINCINNATI, OHIO 45219
(513) 381-3890 PHONE
(866) 796-3717 FAX
WWW.THEGIBBSFIRM.COM

Sugarcreek Plaza

| Date | Hours | Rate | Ext | Description | |
|---|---|---|---|---|---|
| 3/25/2014 | 0.4 | $ 300 | $ 120.00 | Ryan and Geoff discuss the properties involved and whether to file appeals | RG |
| 3/26/2014 | 0.2 | $ 250 | $ 50.00 | Andy and Geoff discuss which parcels to appeal in Greene County | GB |
| 3/26/2014 | 0.7 | $ 250 | $ 175.00 | Geoff researches three Greene County parcels and drafts an appeal | GB |
| 3/26/2014 | | | $ 16.23 | 97.4 Miles at $.50/mile (Split between Southland 75, Former Cub Foods and Sugarcreek) | |
| 3/27/2014 | 0.2 | $ 200 | $ 40.00 | Draft Cover Letter to BOR for in regards to 2013 complaint | JW |
| 3/27/2014 | | | $ 20.30 | FEDEX charge $20.30 | JW |
| 3/28/2014 | 0.2 | $ 200 | $ 40.00 | Confirm complaint received and filed delivery confirmation | JW |
| 4/15/2014 | 0.1 | $ 250 | $ 25.00 | Save and organize property photos into file | AZ |
| 5/12/2014 | 0.5 | $ 300 | $ 150.00 | Determine if any countercomplaints filed in the matter | RG |
| 5/13/2014 | 0.3 | $ 200 | $ 60.00 | Receipt of BOR Hearing Notice | JW |
| 5/13/2014 | 0.8 | $ 300 | $ 240.00 | Matt & Ryan discussion of Greene County hearing date & possible sale impact | RG |
| 5/13/2014 | 0.2 | $ 250 | $ 50.00 | Matt voicemail to Ray Pikna to discuss sale & closing | MF |
| 5/13/2014 | 0.3 | $ 300 | $ 90.00 | Call to MF Re: Lofino Presentation, hearing date, call to R. Pickna on Financiasl | RG |
| 5/14/2014 | 0.6 | $ 250 | $ 150.00 | Matt email to Ray Pikna to collect sale documents and financials | MF |
| 5/14/2014 | 0.2 | $ 250 | $ 50.00 | Phone Call with Hank Menniger | MF |
| 5/15/2014 | 0.5 | $ 300 | $ 150.00 | Initial Discussion re: possibility of appraisal | RG |
| 5/16/2014 | 0.2 | $ 300 | $ 60.00 | Call to Matt Fitzsimmons Re: parcels in complaint | RG |
| 5/16/2014 | 0.3 | $ 300 | $ 90.00 | Call to K. Fried re: appraisal quote | RG |
| 5/19/2014 | 0.2 | $ 300 | $ 60.00 | Email on sugar creek | RG |
| 5/19/2014 | 0.2 | $ 300 | $ 60.00 | Internal discussion re: Availability for 6/3 hearing date | RG |
| 5/19/2014 | 0.2 | $ 300 | $ 60.00 | Email complaints to K Fried | RG |
| 5/20/2014 | 0.3 | $ 300 | $ 90.00 | Scheduling discussion with Geoff | RG |
| 5/20/2014 | 0.5 | $ 250 | $ 125.00 | Inquiry regarding financials | GB |
| 5/20/2014 | 0.4 | $ 200 | $ 80.00 | Call to K. Fried about Appraisal Quote and rescheduling the BOR Hearing | JW |
| 5/20/2014 | 0.3 | $ 200 | $ 60.00 | Call to County to Reschedule the BOR Hearing | JW |
| 5/20/2014 | 0.3 | $ 200 | $ 60.00 | Email to K. Fried and change Outlook Calendar | JW |
| 5/20/2014 | 0.2 | $ 300 | $ 60.00 | Answer K. Fried Appraisal question via email | RG |
| 5/21/2014 | 0.8 | $ 300 | $ 240.00 | Discussion with Geoff regarding appraisal parcels | RG |
| 5/21/2014 | 0.3 | $ 300 | $ 90.00 | Review of receivership Order | RG |
| 5/21/2014 | 0.3 | $ 300 | $ 90.00 | Review financials provided by L. Richards @ Foresite | RG |
| 5/21/2014 | 0.2 | $ 300 | $ 60.00 | Call to K. Fried | RG |
| 5/21/2014 | 0.5 | $ 300 | $ 150.00 | Memo regarding history of occupancy, vacanct box sales, sugarcreek | RG |
| 5/28/2014 | 10.4 | | $ 2,861.53 | *Revised 7/21/14* Invoicing of $2,861.53 | JW |

# THE GIBBS FIRM, LPA
NATIONAL PROPERTY TAX APPEALS AND LITIGATION

---

July 10, 2014

### INVOICE FOR LEGAL SERVICES RENDERED

Raymond J. Pikna, Jr., Esq.
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202

Dear Mr. Pikna:

For services rendered in connection with the property known as the Sugarcreek Plaza from June 3, 2014 to July 8, 2014 as indicated in the attached statement.

6.7 hours @ Hourly Rate:                                              $1,910.00

**Your Total Now Due and Payable is**................................................**$1,910.00**

Please remit your payment to:     The Gibbs Firm, LPA
                                  2355 Auburn Avenue
                                  Cincinnati, Ohio 45219

The Gibbs Firm thanks you for your inquiries. Please contact me directly with any questions or concerns regarding this invoice for services rendered.

                                              Best regards,

                                              Ryan J. Gibbs, Esq.

jaw/RJG

THE GIBBS FIRM, LPA
2355 AUBURN AVENUE
CINCINNATI, OHIO 45219
(513) 381-3890 PHONE
(866) 796-3717 FAX
WWW.THEGIBBSFIRM.COM

Sugarcreek Plaza

| Date | Hours | Rate | Ext | Description | |
|---|---|---|---|---|---|
| 6/3/2014 | 1 | $ 300.00 | $ 300.00 | Discussion regarding potential sales and impact | RG |
| 6/4/2014 | 0.3 | $ 300.00 | $ 90.00 | Review & Strategy | RG |
| 6/17/2014 | 0.4 | $ 250.00 | $ 100.00 | Counter Complaint by BOE review | MF |
| 6/17/2014 | 0.5 | $ 250.00 | $ 125.00 | Review appraisal quote, discussion with R. Pikna | MF |
| 6/18/2014 | 0.2 | $ 250.00 | $ 50.00 | Phone conversation with R. Pikna regarding sale and lease | MF |
| 6/19/2014 | 0.6 | $ 300.00 | $ 180.00 | discussion regarding sale and lease impact on valuation | RG |
| 6/19/2014 | 0.5 | $ 250.00 | $ 125.00 | Review of appraisal & possible mirror lease issue | MF |
| 6/19/2014 | 0.4 | $ 250.00 | $ 100.00 | New valuation determination for possible settlement | MF |
| 6/20/2014 | 1 | $ 300.00 | $ 300.00 | Discussion over possible county settlement and non-appeal appraisal | RG |
| 6/20/2014 | 0.5 | $ 300.00 | $ 150.00 | Review of appraisal & disclosure letter to Greene County BOR | RG |
| 7/8/2014 | 1.3 | $ 300.00 | $ 390.00 | Attendance and conducting BOR Hearing | RG |
| 7/10/2014 | 6.7 | | $ 1,910.00 | | |

# THE GIBBS FIRM, LPA

NATIONAL PROPERTY TAX APPEALS AND LITIGATION

July 2, 2014

### INVOICE FOR LEGAL SERVICES RENDERED

Raymond J. Pikna, Jr., Esq.
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202

Dear Mr. Pikna:

For services rendered in connection with the property known as the Southland 75 Center from March 26, 2014 to July 2, 2014 as indicated in the attached statement.

| | |
|---|---|
| 7.5 hours @ hourly rate: | $2,060.00 |
| Plus: Mileage | $16.23 |
| Plus: FedEx Overnight | $20.30 |
| Total | $2,096.53 |

**Your Total Now Due and Payable is………$2,096.53**

Please remit your payment to:   The Gibbs Firm, LPA
2355 Auburn Avenue
Cincinnati, Ohio 45219

The Gibbs Firm thanks you for your inquiries. Please contact me directly with any questions or concerns regarding this invoice for services rendered.

Best regards,

Ryan J. Gibbs, Esq.

jaw/RJG

THE GIBBS FIRM, LPA
2355 AUBURN AVENUE
CINCINNATI, OHIO 45219
(513) 381-3890 PHONE
(866) 796-3717 FAX
WWW.THEGIBBSFIRM.COM

Southland 75 Center

| Date | Hours | Rate | Ext | Description | |
|---|---|---|---|---|---|
| 3/26/2014 | 0.8 | $ 300.00 | 240.00 | Ryan discuss value to file in complaint | RG |
| 3/27/2014 | 0.6 | $ 250.00 | 150.00 | Geoff calls Montgomery County Auditor and discusses abatement status for parcels | GB |
| 3/27/2014 | 0.8 | $ 250.00 | 200.00 | Geoff drafts tax year 2013 complaint for 5 parcels in total | GB |
| 3/26/2014 | 1.1 | $ 300.00 | 330.00 | Travel to property and property inspection, | RG |
| 3/26/2014 | | | 16.23 | 97.4 Miles at $.50/mile (Split 3 ways between Southland 75, Former Cub Foods and Sugarcreek) | |
| 3/26/2014 | 0.5 | $ 300.00 | 150.00 | Calculations and valuation discussion for appeal | RG |
| 3/27/2014 | 0.2 | $ 200.00 | 40.00 | Draft Cover Letter to BOR for in regards to 2013 complaint | JW |
| 3/27/2014 | | | 20.30 | FEDEX charge $20.30 | JW |
| 3/28/2014 | 0.2 | $ 200.00 | 40.00 | Confirm complaint received and filed delivery confirmation | JW |
| 4/15/2014 | 0.1 | $ 250.00 | 25.00 | Save and organize property photos into file | AZ |
| 6/16/2014 | 0.4 | $ 300.00 | 120.00 | Obtain and review mortgage-related filings | RG |
| 6/19/2014 | 0.4 | $ 250.00 | 100.00 | Counter Complaint Review | MF |
| 6/19/2014 | 0.1 | $ 250.00 | 25.00 | Call to County for service record to BOE | MF |
| 6/20/2014 | 0.6 | $ 250.00 | 150.00 | Discussion on TIF parcels & new appraisal quote | MF |
| 6/20/2014 | 0.3 | $ 250.00 | 75.00 | Call to Miamisburg/Miami Township for TIF agreement | MF |
| 6/20/2014 | 0.1 | $ 250.00 | 25.00 | Quote for possible new appraisal | MF |
| 6/27/2014 | 1.1 | $ 300.00 | 330.00 | Receipt and review of November 13 appraisal | RG |
| 6/30/2014 | 0.2 | $ 300.00 | 60.00 | Review appraisal quote from T. Dunham | RG |
| 7/2/2014 | 7.5 | | $ 2,096.53 | | |

# THE GIBBS FIRM, LPA
NATIONAL PROPERTY TAX APPEALS AND LITIGATION

July 21, 2014

### REVISED INVOICE FOR LEGAL SERVICES RENDERED

Raymond J. Pikna, Jr., Esq.
Wood & Lamping, LLP
600 Vine Street, Suite 2500
Cincinnati, OH 45202

Dear Mr. Pikna:

For services rendered in connection with the property known as the Former Cub Foods from March 25, 2014 to July 2, 2014 as indicated in the attached statement.

| | |
|---|---|
| 6.1 hours @ hourly rate: | $1,650.00 |
| Plus: Mileage for Property Visit | $    16.23 |
| Plus: FedEx Overnight | $    20.30 |
| Total | $1,686.53 |

**Your Total Now Due and Payable is.........$1,686.53**

Please remit your payment to:   The Gibbs Firm, LPA
2355 Auburn Avenue
Cincinnati, Ohio 45219

The Gibbs Firm thanks you for your inquiries. Please contact me directly with any questions or concerns regarding this invoice for services rendered.

Best regards,

Ryan J. Gibbs, Esq.

mtf/RJG

THE GIBBS FIRM, LPA
2355 AUBURN AVENUE
CINCINNATI, OHIO 45219
(513) 381-3890 PHONE
(866) 796-3717 FAX
WWW.THEGIBBSFIRM.COM

Former Cub Foods

| Date | Hours | Rate | Ext | Description | |
|---|---|---|---|---|---|
| 3/25/2014 | 0.5 | $ 200.00 | $ 100.00 | Research into parcels and propertys from the client | JW |
| 3/25/2014 | 0.3 | $ 300.00 | $ 90.00 | SW JW re: one or two properties here? | RG |
| 3/25/2014 | 0.2 | $ 300.00 | $ 60.00 | emails to R. Pickna | RG |
| 3/25/2014 | 0.5 | $ 300.00 | $ 150.00 | VM, emails from Ray Pickna, conflict search | RG |
| 3/26/2014 | | | $ 16.23 | 97.4 Miles at $.50/mile (Split 3 ways between Southland 75, Former Cub Foods & Sugarcreek) | |
| 3/26/2014 | 0.8 | $ 300.00 | $ 240.00 | Ryan & Geoff discuss amount to file for | RG |
| 3/26/2014 | 0.7 | $ 250.00 | $ 175.00 | Geoff researches information on property and drafts complaint | GF |
| 3/27/2014 | 0.2 | $ 200.00 | $ 40.00 | Draft Cover Letter to BOR for in regards to 2013 complaint | JW |
| 3/27/2014 | | | $ 20.30 | FEDEX charge $20.30 | JW |
| 3/28/2014 | 0.2 | $ 200.00 | $ 40.00 | Confirm complaint received and filed delivery confirmation | JW |
| 4/15/2014 | 0.1 | $ 250.00 | $ 25.00 | Save and organize property photos into file | AZ |
| 6/20/2014 | 0.5 | $ 250.00 | $ 125.00 | Review of R. Pikna email regarding auction price & appraisal | MF |
| 6/20/2014 | 0.4 | $ 250.00 | $ 100.00 | Counter complaint review & call to Montgomery County | MF |
| 6/20/2014 | 0.3 | $ 300.00 | $ 90.00 | Discussion on possible appraisal quotes & counter complaint | RG |
| 6/20/2014 | 0.1 | $ 250.00 | $ 25.00 | Quote request for possible new appraisal | MF |
| 6/27/2014 | 1.1 | $ 300.00 | $ 330.00 | Receipt and review of Nov. 13 Appraisal | RG |
| 6/30/2014 | 0.2 | $ 300.00 | $ 60.00 | Review appraisal quote from T. Dunham | RG |
| 7/2/2014 | 6.1 | | $ 1,686.53 | *Revised 7/21/2013 | |