# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

January 9, 2014
Invoice  460443

ID: 105119-00002 - HEM
Re: Asset Analysis and Recovery

For Services Rendered Through December 31, 2013

| | |
|---|---|
| Current Fees | 39.50 |
| **Total Current Charges** | **39.50** |

Charge to: ____Visa   ____Mastercard   ____American Express   ____Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping LLP

| Lofino Properties, LLC | January 9, 2014 |
| Re: Asset Analysis and Recovery | Invoice 460443 |
| I.D. 105119-00002 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/13 | HEM | Corresp. w. Ray Pikna regarding issue of whether recording of assignment necessary to perfection. | 0.10 | 395.00 | 39.50 |
| | | Total Fees | 0.10 | | 39.50 |

| | |
|---|---|
| Total Fees and Disbursements | 39.50 |
| **Total Current Charges** | **39.50** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

January 9, 2014
Invoice  460444

ID: 105119-00004 - HEM
Re: Business Operations

For Services Rendered Through December 31, 2013

| | |
|---|---|
| Current Fees | 38.00 |
| **Total Current Charges** | **38.00** |

Charge to: ____Visa  ____Mastercard  ____American Express  ____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

**Wood & Lamping LLP**

Lofino Properties, LLC  
Re: Business Operations  
I.D. 105119-00004 - HEM

January 9, 2014  
Invoice 460444  
Page 2

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/13 | RJP | Review e-mails between Mr. Menninger and Mr. Shaneyfelt regarding status of potential leases. | 0.10 | 380.00 | 38.00 |
| | | Total Fees | 0.10 | | 38.00 |
| | | Total Fees and Disbursements | | | 38.00 |
| | | **Total Current Charges** | | | **38.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

January 9, 2014
Invoice 460445

ID: 105119-00005 - HEM
Re:Case Administration

For Services Rendered Through December 31, 2013

| | |
|---|---|
| Current Fees | 2,401.50 |
| Current Disbursements | 259.79 |
| **Total Current Charges** | **2,661.29** |

Charge to: ____Visa  ____Mastercard  ____American Express  ____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

Wood & Lamping LLP

| | | | | |
|---|---|---|---|---|
| Lofino Properties, LLC | | | | January 9, 2014 |
| Re: Case Administration | | | | Invoice 460445 |
| I.D. 105119-00005 - HEM | | | | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/13 | RJP | Review case and background of out of town counsel and receiver. Consider status of case and documents to be prepared; prepare checklist for same. | 1.00 | 380.00 | 380.00 |
| 12/09/13 | RJP | Review e-mail from Ms. Jackson regarding substantive consolidation. | 0.10 | 380.00 | 38.00 |
| 12/19/13 | RJP | Review e-mail from Mr. Rosemeyer regarding documents to be brought to meeting with Trustee and counsel, conference with Mr. Menninger regarding same, reply to Mr. Rosemeyer. | 0.10 | 380.00 | 38.00 |
| 12/23/13 | RJP | Attend part of meeting with Messrs. Vollmer (Midland Retail - retail specialist), McGill (LCM Investments Director of Facilities), Sloan (Controller), Shaneyfelt (counsel for Lofino Properties), Kin (counsel for Southland 75), and Menninger (Trustee), with Mr. Lofino by telephone, regarding issues relating to cases and direction to be taken in cases; post-meeting conference with Mr. | 0.50 | 380.00 | 190.00 |

Wood & Lamping, L.L.P.

| | | | | | |
|---|---|---|---|---|---|
| Lofino Properties, LLC | | | | | January 9, 2014 |
| I.D. 105119-00005 - HEM | | | | | Invoice  460445 |
| Re: Case Administration | | | | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Menninger. | | | |
| 12/26/13 | HEM | Conference with R. Pikna regarding substantive consolidation, motion and agreed order; Telephone conf. with Gilbert Blomberg regarding position of GLICNY regarding meeting for next week, and substantive consolidation. | 0.40 | 395.00 | 158.00 |
| 12/30/13 | RJP | Conference with Mr. Menninger regarding case and actions to be taken. (0.1) Work on motion for substantive consolidation. (2.0) | 2.10 | 380.00 | 798.00 |
| 12/31/13 | RJP | Conference with Mr. Menninger regarding factual predicates for substantive consolidation. Review authorities on substantive consolidation and work on motion. | 2.00 | 380.00 | 760.00 |
| 12/31/13 | HEM | Conf. w. Ray Pikna regarding substantive consolidation motion. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **6.30** | | **2,401.50** |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 12/31/13 | Computer Assisted Research; RJP | 259.79 |
| | **Total Disbursements** | **259.79** |

| | |
|---|---|
| **Total Fees and Disbursements** | **2,661.29** |
| **Total Current Charges** | **2,661.29** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

January 9, 2014
Invoice   460446

ID: 105119-00008 - HEM
Re: Fee/Employment Applications

For Services Rendered Through December 31, 2013

| | |
|---|---|
| Current Fees | 646.00 |
| **Total Current Charges** | **646.00** |

Charge to: _____Visa   _____Mastercard   _____American Express   _____Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

**Wood & Lamping LLP**

| | |
|---|---|
| Lofino Properties, LLC | January 9, 2014 |
| Re: Fee/Employment Applications | Invoice 460446 |
| I.D. 105119-00008 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/21/13 | RJP | Prepare application to employ Wood & Lamping LLP as counsel for Trustee, affidavit of Henry E. Menninger, Jr., in support of application, fee procedures motion, and notice of foregoing. E-mail same to Mr. Menninger and actions to be taken. | 1.50 | 380.00 | 570.00 |
| 12/24/13 | RJP | Finalize application for appointment of counsel, affidavit of Henry E. Menninger, Jr., motion for fee procedures, and notice of foregoing for filing, instruct Ms. Werner to file and serve same. | 0.20 | 380.00 | 76.00 |
| | | **Total Fees** | **1.70** | | **646.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **646.00** |
| **Total Current Charges** | **646.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

January 9, 2014
Invoice  460447

ID: 105119-00010 - HEM
Re: Financing

For Services Rendered Through December 31, 2013

| | |
|---|---|
| Current Fees | 6,735.00 |
| **Total Current Charges** | **6,735.00** |

Charge to: ____Visa  ____Mastercard  ____American Express  ____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping LLP

| | |
|---|---|
| Lofino Properties, LLC | January 9, 2014 |
| Re: Financing | Invoice 460447 |
| I.D. 105119-00010 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/13 | RJP | Conference with Mr. Menninger regarding cash collateral motion and order to be prepared. (0.3). Telephone conference with Mr. Sanker regarding same. (0.2) Review e-mail from Mr. Menninger and draft of order negotiated by First Financial with debtor; review docket, schedules, cash collateral motion filed by debtor, order denying use of cash collateral, and download documents necessary for preparation of cash collateral motion and order. (1.5). Begin work on cash collateral motion. (0.7) | 2.70 | 380.00 | 1,026.00 |
| 12/06/13 | HEM | Corresp. and telephone call w. B.Sanker regarding cash collateral agreement with First Financial; corresp. and conf. w. Ray Pikna regarding same. | 0.40 | 395.00 | 158.00 |
| 12/07/13 | RJP | Work on motion for authority to use cash collateral. (4.0) Work on interim cash collateral order with First Financial Bank. (1.0) E-mail foregoing to Messrs. Sanker, Stitt, and Menninger. (0.1) | 5.10 | 380.00 | 1,938.00 |
| 12/09/13 | RJP | Telephone conference with Mr. Sanker regarding proposed cash collateral order and potential substantive consolidation of cases. (0.4) Review e-mail, Lofino's budget, and proposed revisions to interim cash collateral order with First Financial, reply to e-mail from Mr. Sanker. (0.5) Telephone conference with Mr. Blomgren regarding use of Glicny cash collateral and potential substantive consolidation. (0.2) Conference with Mr. Menninger regarding developments. (0.2). | 1.30 | 380.00 | 494.00 |

**Wood & Lamping, L.L.P.**

| | | |
|---|---|---|
| Lofino Properties, LLC | | January 9, 2014 |
| I.D. 105119-00010 - HEM | | Invoice 460447 |
| Re: Financing | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/13 | HEM | Corresp. w. R. Jackson and R. Pikna regarding substantive consolidation; corresp. w. Paul Shaneyfelt regarding cash collateral order on Sugarcreek property to allow First Financial to be paid. | 0.20 | 395.00 | 79.00 |
| 12/10/13 | RJP | E-mails from and to Mr. Sanker regarding cash collateral issues and budget. (0.3) Review loan documents and appraisals received from Mr. Blomgren. (1.0) E-mail to Mr. Blomgren and request copy of assignment for Springboro Pike property. (0.1) E-mails to Mr. Menninger regarding Glicny's position. (0.2) | 1.60 | 380.00 | 608.00 |
| 12/11/13 | RJP | Review e-mail from Mr. Blomgren and assignment to Glicny regarding second store and reply to Mr. Blomgren requesting confirmation of scope of cross-collateralization. (0.2) Telephone conference with Ms. Guthrie regarding budgets needed for cash collateral motion as well as utility information. (0.20) Telephone conference with Mr. Blomgren regarding cross-collateralization issues. (0.1) Revise cash collateral motion, e-mail same to counsel for secured lenders. (0.5) Review budgets received for Glicny stores from Ms. Guthrie, conference with Mr. Menninger regarding revisions needed to budgets. (0.5) Follow up e-mail to Ms. Guthrie regarding additional information needed for budgets relating to Glicny properties. (0.2) E-mail to counsel for lenders and Ms. Jackson regarding proposed budgets, trustee and legal fees and expenses, and time periods for interim and final cash collateral orders and setting hearing on final cash collateral orders. (0.2) Revise budgets for store subject to First Financial's mortgage and two stores subject to Glicny mortgage. (1.0) Review revisions proposed by Mr. Sanker to interim cash collateral order with First Financial. (0.2) | 3.10 | 380.00 | 1,178.00 |
| 12/12/13 | RJP | Review e-mail from Mr. Sanker responding to proposed time line. Telephone conference with Mr. Sanker regarding same and status of interim budget. Revise budget for Wilmington Pike property subject to First Financial mortgage and telephone conferences with Mr. Sanker regarding same. Telephone conference with Ms. Hensley to obtain date for final hearing on motion to use cash collateral. E-mail to Mr. Sanker, Mr. Blomgren, and Ms. Jackson regarding same. Revise interim budgets for stores subject to Glicny mortgages. Telephone conference with Mr. Blomgren | 3.00 | 380.00 | 1,140.00 |

**Wood & Lamping, L.L.P.**

**Wood & Lamping, L.L.P.**

| | | | | | |
|---|---|---|---|---|---|
| Lofino Properties, LLC | | | | | January 9, 2014 |
| I.D. 105119-00010 - HEM | | | | | Invoice 460447 |
| Re: Financing | | | | | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding budget, real estate and tax issues, and allocation of trustee fees to Southland 75 rather than Lofino properties. E-mails to and from Ms. Guthrie (counsel for Receiver) regarding revised budgets, payment dates for real estate taxes, status of insurance on properties subject to Glicny mortgages, and payment of fees and expenses of Receiver and counsel for Receiver. Review e-mail from Mr. Blomgren with estimated balances due to Glicny on Lofino loans and confirming availability for final cash collateral hearing. Final review of interim cash collateral order negotiated for use of First Financial cash collateral, telephone conference with Mr. Sanker regarding technical corrections. E-mail interim order and budget previously approved by Mr. Sanker to him for execution and authorization to upload order after cash collateral motion is filed. E-mail revised budgets to Mr. Blomgren and explain rationale for same due to need to support vacant properties in Lofino Properties case with cash collateral from Southland 75 case. | | | |
| 12/18/13 | RJP | Conference with Mr. Menninger regarding potential sources of funding for vacant stores and meeting to be held with owner and counsel for owner. (0.2) Review e-mail from Mr. Shaneyfelt suggesting time for meeting. Conference with Mr. Menninger regarding same and reply to Mr. Shaneyfelt. (0.1) | 0.30 | 380.00 | 114.00 |
| | | **Total Fees** | **17.70** | | **6,735.00** |
| | | **Total Fees and Disbursements** | | | **6,735.00** |
| | | **Total Current Charges** | | | **6,735.00** |