# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

---

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462683

ID: 105119-00002 - HEM
Re: Asset Analysis and Recovery

For Services Rendered Through January 31, 2014

---

| | |
|---|---:|
| Current Fees | 79.00 |
| **Total Current Charges** | **79.00** |

---

Charge to: ___ Visa   ___ Mastercard   ___ American Express   ___ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

Wood & Lamping LLP

| Lofino Properties, LLC | February 25, 2014 |
| Re: Asset Analysis and Recovery | Invoice 462683 |
| I.D. 105119-00002 - HEM | Page 2 |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/30/14 | HEM | Review correspondence from Paul Shaneyfelt relating to the turnover of assets from Lofino related entities; respond to same. | 0.20 | 395.00 | 79.00 |
| | | Total Fees | 0.20 | | 79.00 |
| | | Total Fees and Disbursements | | | 79.00 |
| | | **Total Current Charges** | | | **79.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP

February 25, 2014
Invoice 462684

ID: 105119-00003 - HEM
Re: Asset Disposition

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 349.50 |
| **Total Current Charges** | **349.50** |

Charge to: ____Visa   ____Mastercard   ____American Express   ____Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

Wood & Lamping LLP

Lofino Properties, LLC  February 25, 2014
Re: Asset Disposition  Invoice 462684
I.D. 105119-00003 - HEM  Page 2

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/14 | RJP | Receive voicemail from Mr. Vollmer regarding lines of communication with Trustee and counsel concerning debtor's real estate. Conference with Mr. Menninger regarding same, voicemail to Mr. Vollmer. | 0.20 | 380.00 | 76.00 |
| 01/23/14 | HEM | Receive and process correspondence from D. Utt regarding Furniture Fair interest in Springfield big box; forward same to Gil Blomgren for review and comment. | 0.20 | 395.00 | 79.00 |
| 01/27/14 | RJP | Conference with Mr. Menninger regarding party's interest in empty store on Springboro Pike, possible sale of store and impact on case and plan. | 0.20 | 380.00 | 76.00 |
| 01/30/14 | HEM | Receive and review correspondence from G. Blomgren briefing reasons for dismissal, conversion or abandonment of assets, same not responsive to our request for GLICNY's position and observations on potential Furniture Fair and KFC deals; Telephone conference with Gil Blomgren regarding same. | 0.30 | 395.00 | 118.50 |
| | | **Total Fees** | **0.90** | | **349.50** |

| | | |
|---|---|---|
| | Total Fees and Disbursements | 349.50 |
| | **Total Current Charges** | **349.50** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462723

ID: 105119-00005 - HEM
Re: Case Administration

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 4,014.00 |
| **Total Current Charges** | **4,014.00** |

Charge to: ____Visa   ____Mastercard   ____American Express   ____Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

Wood & Lamping LLP

Lofino Properties, LLC  
Re: Case Administration  
I.D. 105119-00005 - HEM

February 25, 2014  
Invoice 462723  
Page 2

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/14 | RJP | Telephone conference with Mr. Menninger and counsel and representatives of Glicny Real Estate Holdings regarding their perspective on case and issues to be addressed. (0.5) Complete review of authorities on substantive consolidation and work on motion for same. (3.5) | 4.00 | 380.00 | 1,520.00 |
| 01/03/14 | RJP | Revise certificate of service for motion for substantive consolidation; prepare notice of motion for consolidation; final review of motion; instruct Ms. Werner to file and serve motion and notice. | 0.50 | 380.00 | 190.00 |
| 01/07/14 | RJP | Work on agreed order approving motion for substantive consolidation. | 1.00 | 380.00 | 380.00 |
| 01/08/14 | RJP | Telephone conference with Mr. Blomgren regarding Glicny consent to substantive consolidation; review confirmation e-mail from Mr. Blomgren. | 0.10 | 380.00 | 38.00 |
| 01/10/14 | RJP | Conference with Mr. Menninger regarding draft agreed order approving substantive consolidation. Revise same and e-mail same to counsel for parties. | 0.20 | 380.00 | 76.00 |
| 01/14/14 | RJP | Review transcript of hearing on dismissal or appointment of trustee and consider case in light of court's findings. | 0.20 | 380.00 | 76.00 |
| 01/16/14 | RJP | Review e-mail from Mr. Blomgren and telephone conference with Mr. Blomgren regarding scheduling telephone conference with trustee and Glicny representatives. Conference with Mr. Menninger regarding availability for conference call and e-mail to Mr. Blomgren regarding same. | 0.10 | 380.00 | 38.00 |
| 01/17/14 | RJP | Attend part of telephone conference with Mr. Menninger, Mr. Blomgren, and Glicny representatives; conference with Mr. Menninger regarding foregoing. | 0.40 | 380.00 | 152.00 |
| 01/20/14 | RJP | Review e-mails from Mr. Blomgren regarding state court litigation in foreclosure case. | 0.20 | 380.00 | 76.00 |
| 01/21/14 | RJP | Review e-mail from Mr. Shaneyfelt and proposed language for substantive consolidation order, reply to same and request budget information for cash collateral order. | 0.10 | 380.00 | 38.00 |
| 01/23/14 | RJP | Review e-mail from Mr. Shaneyfelt, voicemail to Mr. Shaneyfelt and follow up e-mail regarding same. Conference with Mr. Menninger regarding proposed revisions. Telephone conference with Mr. Shaneyfelt regarding proposed revisions to draft agreed order of substantive consolidation relating to non-recourse issue, revise proposed order. E-mail proposed order to counsel for parties. Review e-mail from Mr. Kin, reply to same and confirm extension of time for debtors to respond to motion for substantive consolidation pending receipt of comments to revised order from parties. | 0.30 | 380.00 | 114.00 |
| 01/24/14 | RJP | Review e-mail from Ms. Jackson requesting technical revision to | 0.10 | 380.00 | 38.00 |

Wood & Lamping, L.L.P.

Lofino Properties, LLC  
I.D. 105119-00005 - HEM  
Re: Case Administration  

February 25, 2014  
Invoice 462723  
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | proposed agreed substantive consolidation order, reply to same. | | | |
| 01/27/14 | RJP | Review e-mail from Mr. Shaneyfelt regarding Glicny position on revised agreed substantive consolidation order. E-mail to Mr. Blomgren to confirm same; review reply. Receive e-mail approval of proposed order from Mr. Sanker (counsel for First Financial). E-mails to and from Messrs. Shaneyfelt and Kin (counsel for Lofino Properties and Southland 75) and obtain approvals to agreed substantive consolidation order. Conference with Mr. Menninger regarding foregoing and instruct Ms. Werner to upload order. | 0.20 | 380.00 | 76.00 |
| 01/28/14 | HEM | File study and analysis of issues relating to possible sale of big boxes, and outlots; plan prospects; cash collateral issues; etc. | 1.60 | 395.00 | 632.00 |
| 01/29/14 | RJP | Review orders of substantive consolidation, e-mail to signatories to order regarding entry of same and cash collateral order being prepared. | 0.10 | 380.00 | 38.00 |
| 01/30/14 | RJP | Review e-mail from Mr. Shaneyfelt regarding funds to be paid to estate in February and conference with Mr. Menninger regarding same. (0.1) Receive voicemail from Mr. Kin regarding issues to be discussed regarding post-petition financing or payment of sums due to estate; return call to schedule telephone conference with Trustee and Messrs. Kin and Shaneyfelt. (0.1) Telephone conference with Messrs. Menninger, Kin, and Shaneyfelt regarding post-petition financing or payment of sums due to estate, property management, and debtors' view regarding properties. (0.7) | 0.90 | 380.00 | 342.00 |
| 01/31/14 | RJP | Review interim report for Trustee prepared by Lofino Properties, LLC. | 0.50 | 380.00 | 190.00 |
| | | **Total Fees** | 10.50 | | 4,014.00 |

Total Fees and Disbursements     4,014.00  
**Total Current Charges**     **4,014.00**

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462686

ID: 105119-00008 - HEM
Re: Fee/Employment Applications

For Services Rendered Through January 31, 2014

| | | |
|---|---|---|
| Current Fees | 688.50 | |
| **Total Current Charges** | | **688.50** |

Charge to: ____Visa  ____Mastercard  ____American Express  ____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

**Wood & Lamping LLP**

Lofino Properties, LLC  
Re: Fee/Employment Applications  
I.D. 105119-00008 - HEM

February 25, 2014  
Invoice 462686  
Page 2

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/08/14 | RJP | Prepare monthly statement to be sent under fee procedures order. | 0.20 | 380.00 | 76.00 |
| 01/09/14 | RJP | Finalize monthly statements. E-mail to Ms. Jackson to request she accept service on behalf of United States Trustee. Review reply. Prepare correspondence for transmission of monthly statements. | 0.30 | 380.00 | 114.00 |
| 01/11/14 | RJP | Review e-mail from Mr. Shaneyfelt inquiring regarding employment of counsel by debtor and payment of fees and expenses. Review provisions of Bankruptcy Code and reply to Mr. Shaneyfelt. | 0.30 | 380.00 | 114.00 |
| 01/18/14 | RJP | Prepare order approving employment of Wood & Lamping LLP as counsel for Trustee, and order approving fee procedures motion. | 0.50 | 380.00 | 190.00 |
| 01/22/14 | RJP | Conference with Mr. Menninger regarding documents received from Ms. Hadac. | 0.10 | 380.00 | 38.00 |
| 01/24/14 | RJP | Review e-mail from Mr. Richards and attachments regarding Receiver's expenses; e-mail reply to acknowledge receipt of same. Conference with Mr. Menninger regarding foregoing. | 0.10 | 380.00 | 38.00 |
| 01/29/14 | HEM | Telephone conference and correspondence with Todd Volmer regarding retention as real estate agent and need for listing document, commission amounts etc. for big boxes and outlots. | 0.30 | 395.00 | 118.50 |
| | | **Total Fees** | **1.80** | | **688.50** |

| | |
|---|---|
| Total Fees and Disbursements | 688.50 |
| **Total Current Charges** | **688.50** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462687

ID: 105119-00010 - HEM
Re: Financing

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 3,347.00 |
| **Total Current Charges** | **3,347.00** |

Charge to: ____Visa  ____Mastercard  ____American Express  ____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

Wood & Lamping LLP

Lofino Properties, LLC  
Re: Financing  
I.D. 105119-00010 - HEM  

February 25, 2014  
Invoice 462687  
Page 2

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/10/14 | HEM | Telephone conf. w. B. Sanker regarding status of cash collateral order; and information gleaned at 341 meeting. | 0.20 | 395.00 | 79.00 |
| 01/13/14 | RJP | Receive voicemails from Mr. Sanker and Ms. Jackson regarding upcoming final cash collateral hearing. (0.1) Conference with Mr. Menninger regarding same and telephone conference with Mr. Sanker regarding proposed final order. (0.2) Review e-mail and lease proposal at Wilmington Pike shopping center received from Mr. Shaneyfelt. (0.1) | 0.40 | 380.00 | 152.00 |
| 01/14/14 | RJP | Telephone conference with Mr. Stitt regarding preparation of budget, final cash collateral order to be circulated, cancelling hearing, and substantive consolidation. (0.2) Voicemail to Mr. Shaneyfelt regarding substantive consolidation, cash collateral hearing, post-petition financing issues and payment of taxes, and new value for plan. Telephone conference with Mr. Blomgren regarding final cash collateral hearing, status of budget, cancelling hearing, substantive consolidation, and status of responses from debtors following meeting of creditors. Voicemails to and from Ms. Guthrie and e-mail to Ms. Guthrie regarding budgets to be prepared. Telephone conference with Mr. Richards (Foresite) regarding budgets to be prepared for properties subject to Glicny's liens. (1.0) Conference with Mr. Menninger regarding status of pending matters. (0.1) | 1.30 | 380.00 | 494.00 |
| 01/15/14 | RJP | Review e-mails, potential tenant information, and budgets received from Mr. Richards (Foresite). Forward same to Mr. Menninger. (0.2) Telephone conference call with Messrs. Kin and Shaneyfelt regarding cash collateral hearing, post-petition financing and payment of real estate tax issues, substantive consolidation, new value, and status of providing information and repayment to estate as represented by debtors at 341 meeting; also discuss preparation of budget for Wilmington Pike center with Mr. Shaneyfelt (0.4) Telephone conference with Ms. Hensley regarding cancelling January 16 hearing, setting final hearing in February on final cash collateral order, and notice to be prepared; e-mail to counsel for lenders, receiver, and debtors regarding same and February hearing date. (0.1) Conference with Mr. Menninger regarding developments. (0.1) | 0.80 | 380.00 | 304.00 |
| 01/16/14 | RJP | Reply to e-mail from Mr. Sanker regarding status of budget for Wilmington Pike center and status of budget for same. (0.1) Conference with Mr. Menninger regarding budgets received from Mr. Richards (Foresite). Review budgets received from Mr. Richards, compare to full year budgets previously received from Mr. Blomgren for properties subject to Glicny's mortgages and liens, and e-mail to Mr. Richards regarding issues presented. (0.4) | 0.50 | 380.00 | 190.00 |
| 01/17/14 | RJP | Voicemails to and from Mr. Richards (Foresite) regarding budget; | 0.30 | 380.00 | 114.00 |

Wood & Lamping, L.L.P.

Lofino Properties, LLC    February 25, 2014
I.D. 105119-00010 - HEM    Invoice 462687
Re: Financing    Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | telephone conference with Mr. Richards regarding 2014 budgets received from Glicny for properties in prior receivership and telephone conference with Mr. Blomgren and Glicny representatives. E-mail to Mr. Shaneyfelt regarding need for 2014 budget for Wilmington Pike operating store. Conference with Mr. Menninger regarding developments. | | | |
| 01/18/14 | RJP | Prepare notice of final hearing on cash collateral motion, instruct Ms. Werner to file and serve same. | 0.20 | 380.00 | 76.00 |
| 01/20/14 | RJP | Review Southland budget received from Mr. Richards. Telephone conference with Mr. Richards regarding consolidated budget to be prepared after receive information from Lofino Properties on Wilmington Pike operating store and potential DP&L issue. | 0.30 | 380.00 | 114.00 |
| 01/28/14 | RJP | Review 2014 budget received from Mr. Shaneyfelt, voicemail and e-mail to Mr. Shaneyfelt regarding same. (0.2) E-mail spreadsheet to Mr. Richards. Telephone conference with Mr. Shaneyfelt regarding budget for Wilmington Pike property subject to First Financial mortgage and regarding developments in case. (0.3) E-mail to Mr. Richards regarding budget and telephone conference with Mr. Richards regarding same. (0.2) | 0.70 | 380.00 | 266.00 |
| 01/30/14 | RJP | Voicemail to Mr. Richards (Foresite) and brief telephone conference with Mr. Richards to schedule call to discuss budget for final cash collateral order. Telephone conferences with Mr. Richards regarding revisions to be made to budget. (0.5) Review budget for final cash collateral order and e-mail same to counsel for parties. (0.2) Work on final cash collateral order with First Financial; e-mail to Mr. Menninger regarding issues presented and recommended course of action. (2.0) | 2.70 | 380.00 | 1,026.00 |
| 01/31/14 | RJP | Telephone conference with Messrs. Sanker and Stitt regarding proposed budget for final cash collateral order. (0.5) Revise budget for Sugarcreek Plaza; telephone conference with Mr. Shaneyfelt regarding same and developments in case, and request that Mr. Sloan incorporate revisions in Excel spreadsheet for Sugarcreek Plaza; e-mail February budget to Mr. Shaneyfelt. (0.6) Review e-mail from Mr. Sanker regarding terms for extending interim use of cash collateral with First Financial Bank, reply to same. (0.1) Review e-mail from Mr. Blomgren regarding rescheduling conference call with Trustee and Glicny representatives; reply and inform him of revisions being made to February budget for interim cash collateral order and of availability for telephone conference on proposed date. (0.2) | 1.40 | 380.00 | 532.00 |
| | | **Total Fees** | **8.80** | | **3,347.00** |
| | | Total Fees and Disbursements | | | 3,347.00 |
| | | **Total Current Charges** | | | **3,347.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 26, 2014
Invoice 462745

ID: 105119-00012 - HEM
Re: Meeting of Creditors

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 798.00 |
| **Total Current Charges** | **798.00** |

Charge to: ____Visa  ____Mastercard  ____American Express  ____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

Wood & Lamping LLP

Lofino Properties, LLC  
Re: Meeting of Creditors  
I.D. 105119-00012 - HEM

February 26, 2014  
Invoice 462745  
Page 2

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/14 | RJP | To and from bankruptcy courthouse in Dayton for 341 meeting (billed at half of hourly rate). | 1.00 | 190.00 | 190.00 |
| 01/03/14 | RJP | Return call to Ms. Guthrie and confirm she need not attend 341 meeting with Ms. Hadac (Receiver). (0.1) Attend meeting of creditors and represent trustee at same. (1.5) | 1.60 | 380.00 | 608.00 |
| | | **Total Fees** | **2.60** | | **798.00** |

Total Fees and Disbursements                798.00  
**Total Current Charges**                   **798.00**

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462688

ID: 105119-00013 - HEM
Re: Plan and Disclosure Statement

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 418.00 |
| **Total Current Charges** | **418.00** |

Charge to: _____Visa   _____Mastercard   _____American Express   _____Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping LLP

Lofino Properties, LLC  February 25, 2014
Re: Plan and Disclosure Statement  Invoice 462688
I.D. 105119-00013 - HEM  Page 2

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/14 | RJP | Conference with counsel for debtor regarding substantive consolidation and plan funding issues. | 0.10 | 380.00 | 38.00 |
| 01/31/14 | RJP | Consider options for plan of reorganization and outline same. | 1.00 | 380.00 | 380.00 |
| | | **Total Fees** | **1.10** | | **418.00** |

| | | |
|---|---|---|
| | Total Fees and Disbursements | 418.00 |
| | **Total Current Charges** | **418.00** |