# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

March 31, 2014
Invoice  463508

ID: 105119-00002 - HEM
Re: Asset Analysis and Recovery

For Services Rendered Through February 28, 2014

| | |
|---|---|
| Current Fees | 880.00 |
| **Total Current Charges** | **880.00** |

Charge to: _____Visa _____Mastercard _____American Express _____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping LLP

| | |
|---|---|
| Lofino Properties, LLC | March 31, 2014 |
| Re: Asset Analysis and Recovery | Invoice  463508 |
| I.D. 105119-00002 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/25/14 | HEM | Preparation for meeting with counsel for GLICNY and First Financial scheduled today in Dayton. | 2.20 | 400.00 | 880.00 |
| | | **Total Fees** | **2.20** | | **880.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **880.00** |
| **Total Current Charges** | **880.00** |

# WOOD ✤ LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

---

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP

March 31, 2014
Invoice  463509

ID: 105119-00003 - HEM
Re: Asset Disposition

For Services Rendered Through February 28, 2014

---

| | |
|---|---|
| Current Fees | 197.50 |
| **Total Current Charges** | **197.50** |

---

Charge to: _____ Visa    _____ Mastercard    _____ American Express    _____ Discover Card
Account #: _____    Exp. Date: _____
Name: _____    Signature: _____    Amount: $_____

## Wood & Lamping  LLP

Lofino Properties, LLC
Re: Asset Disposition
I.D. 105119-00003 - HEM

March 31, 2014
Invoice  463509
Page  2

| | | Fees | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 02/04/14 | RJP | Review e-mails regarding potential lease to KFC; consider effects on reorganization; e-mails to and from Mr. Menninger regarding same. Conference with Mr. Menninger regarding developments. | 0.40 | 395.00 | 158.00 |
| 02/05/14 | RJP | Review e-mail from Mr. Vollmer regarding commission structure on lease, e-mail from Mr. Menninger regarding same, and e-mail from Mr. Richards regarding outlots. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **0.50** | | **197.50** |

**Total Fees and Disbursements** 197.50

**Total Current Charges** 197.50

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

March 31, 2014
Invoice  463510

ID: 105119-00005 - HEM
Re:Case Administration

For Services Rendered Through February 28, 2014

| | |
|---|---|
| Current Fees | 4,594.50 |
| **Total Current Charges** | **4,594.50** |

| Charge to: | ____ Visa | ____ Mastercard | ____ American Express | ____ Discover Card |
|---|---|---|---|---|

Account #: _____   Exp. Date: _____

Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | March 31, 2014 |
| Re: Case Administration | Invoice 463510 |
| I.D. 105119-00005 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/03/14 | HEM | Receive and process order on Motion to Consolidate cases. | 0.20 | 400.00 | 80.00 |
| 02/13/14 | RJP | Telephone conference with Mr. Menninger and Mr. Shaneyfelt regarding developments in case and status of Mr. Lofino responding to Trustee's requests for payment proposal. | 0.80 | 395.00 | 316.00 |
| 02/18/14 | HEM | Receive and process notice of appearance by L. McClatchey on behalf of LCM Investments Management LLC; prepare and forward document request to P. Shaneyfelt. | 0.60 | 400.00 | 240.00 |
| 02/20/14 | RJP | Review e-mail from Mr. Kin regarding amending schedules to include counterclaimant. | 0.10 | 395.00 | 39.50 |
| 02/21/14 | RJP | Telephone conference with Messrs. Kin and Shaneyfelt regarding purchase offer on vacant Springboro Pike property, cash collateral issues, monies to be paid by Mr. Lofino, possible new value and case considerations, and proposal to change hearing on final use of cash collateral to status conference. Reply to e-mail from Mr. Shaneyfelt summarizing telephone conference and actions to be taken by parties. Conference with Mr. Menninger regarding foregoing. | 0.80 | 395.00 | 316.00 |
| 02/21/14 | HEM | Receive and process motion by Isaac Gambrel and Brian Sirower as counsel pro hac vice for GLCNY. | 0.10 | 400.00 | 40.00 |
| 02/22/14 | RJP | Review pro hac vice motions and orders and amended notice of appearance by Glicny counsel, to Ms. Werner to update service list. | 0.10 | 395.00 | 39.50 |
| 02/25/14 | RJP | Prepare for meeting in Dayton with counsel for lenders, conference with Mr. Menninger regarding budgets and conference with Mr. Menninger during drive to Dayton for meeting. (1.8) Meeting with Mr. Blomgren, Mr. Sirower (counsel for Glicny), Mr. Sanker (counsel for First Financial), and Mr. Menninger (Trustee) regarding term sheet for plan, issues relating to same and sale of Glicny real estate collateral, terms of second interim cash collateral with Glicny, notice of cancellation of insurance, claims bar date, and status report to be given to court. (2.4) Complete preparations for status conference, report developments to court at status conference. (0.5) Conference with counsel for Glicny and Messrs. Kin and Shaneyfelt (debtors' counsel), then conference with debtors' counsel regarding general terms of proposed plan and sale of real estate subject to Glicny mortgages. (0.9) Return to Dayton, including drive by review of Southland 75 strip center, access road to property, and Office Max location subject to lease termination; conference with Mr. Menninger regarding developments and actions to be taken. (1.4) | 7.00 | 395.00 | 2,765.00 |
| 02/26/14 | RJP | Conference with Mr. Menninger regarding issues to be considered or reviewed as case moves forward. | 0.20 | 395.00 | 79.00 |
| 02/27/14 | HEM | Receive and process Motion Fixing Time to assume or reject | 0.30 | 400.00 | 120.00 |

### Wood & Lamping, L.L.P.

| | | | | | |
|---|---|---|---|---|---|
| Lofino Properties, LLC | | | | | March 31, 2014 |
| I.D. 105119-00005 - HEM | | | | | Invoice 463510 |
| Re: Case Administration | | | | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | LCM Executory Agreement. | | | |
| 02/27/14 | HEM | Correspondence with Larry McClatchey regarding meeting with Michael Lofino, Jr. | 0.10 | 400.00 | 40.00 |
| 02/28/14 | RJP | Review LCM Investments Management motion for order fixing time for assumption or rejection of executory contract. | 0.10 | 395.00 | 39.50 |
| 02/28/14 | HEM | Receive and process objections filed by Mr. Blomgren on behalf of GLICNY to retention applications by Messrs. Kin and Shaneyfelt; budget analysis, correspondence w. Jamie Hadac regarding funds on deposit. | 1.20 | 400.00 | 480.00 |

| | | | |
|---|---|---|---|
| **Total Fees** | **11.60** | | **4,594.50** |

| | |
|---|---|
| **Total Fees and Disbursements** | **4,594.50** |
| **Total Current Charges** | **4,594.50** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS:  Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
›

March 31, 2014
Invoice  463511

ID: 105119-00006 - HEM
Re:Claim Administration and Objection

For Services Rendered Through February 28, 2014

| | |
|---|---|
| Current Fees | 79.00 |
| **Total Current Charges** | **79.00** |

Charge to:  _____Visa  _____Mastercard  _____American Express  _____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping  LLP

| Lofino Properties, LLC | March 31, 2014 |
|---|---|
| Re: Claim Administration and Objection | Invoice  463511 |
| I.D. 105119-00006 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/27/14 | RJP | E-mails from and to Mr. Sirower (counsel for Glicny) regarding alleged agreement with City of Miamisburg, conference with Mr. Menninger regarding same. | 0.20 | 395.00 | 79.00 |
| | | **Total Fees** | **0.20** | | **79.00** |
| | | **Total Fees and Disbursements** | | | 79.00 |
| | | **Total Current Charges** | | | **79.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

March 31, 2014
Invoice  463512

ID: 105119-00008 - HEM
Re:Fee/Employment Applications

For Services Rendered Through February 28, 2014

| | |
|---|---|
| Current Fees | 436.50 |
| **Total Current Charges** | **436.50** |

Charge to: _____Visa   _____Mastercard   _____American Express   _____Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping LLP

| | |
|---|---|
| Lofino Properties, LLC | March 31, 2014 |
| Re: Fee/Employment Applications | Invoice 463512 |
| I.D. 105119-00008 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/03/14 | RJP | Reply to e-mail from Mr. Kin regarding preparation of application to employ his law firm as special counsel for litigation. | 0.10 | 395.00 | 39.50 |
| 02/10/14 | HEM | Receive and process application to retain P. Shaneyfelt as counsel for debtor. | 0.20 | 400.00 | 80.00 |
| 02/11/14 | HEM | Receive and process application for retention by debtor of Joshua Kin as counsel. | 0.20 | 400.00 | 80.00 |
| 02/23/14 | RJP | Prepare monthly statements for January 2014 pre and post substantive consolidation to be served under fee procedures orders. | 0.40 | 395.00 | 158.00 |
| 02/27/14 | RJP | Reply to e-mail from Mr. Kin regarding retention of Mr. Bly to pursue collection of accounts receivable. Conference with Mr. Menninger regarding same. | 0.20 | 395.00 | 79.00 |

| | | |
|---|---|---|
| **Total Fees** | **1.10** | **436.50** |
| | | |
| **Total Fees and Disbursements** | | **436.50** |
| **Total Current Charges** | | **436.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

TERMS: **Payable Upon Receipt**
**SERVICE CHARGE AFTER 30 DAYS**

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

March 31, 2014
Invoice  463513

ID: 105119-00009 - HEM
Re:Fee/Employment Objections

For Services Rendered Through February 28, 2014

| | |
|---|---|
| Current Fees | 118.50 |
| **Total Current Charges** | **118.50** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | March 31, 2014 |
| Re: Fee/Employment Objections | Invoice 463513 |
| I.D. 105119-00009 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/10/14 | RJP | Review application to employ Mr. Shaneyfelt nunc pro tunc and supporting affidavit. | 0.10 | 395.00 | 39.50 |
| 02/28/14 | RJP | Review Glicny and United States Trustee's objections to employment of Messrs. Kin and Shaneyfelt. | 0.20 | 395.00 | 79.00 |
| | | **Total Fees** | **0.30** | | **118.50** |

| | |
|---|---|
| **Total Fees and Disbursements** | **118.50** |
| **Total Current Charges** | **118.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

March 31, 2014
Invoice  463514

ID: 105119-00010 - HEM
Re: Financing

For Services Rendered Through February 28, 2014

| | |
|---|---|
| Current Fees | 15,521.00 |
| **Total Current Charges** | **15,521.00** |

Charge to: _____Visa  _____Mastercard  _____American Express  _____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | March 31, 2014 |
| Re: Financing | Invoice 463514 |
| I.D. 105119-00010 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/03/14 | RJP | Conference with Mr. Menninger regarding status of interim and final cash collateral orders. (0.1) Follow up e-mail to Messrs. Shaneyfelt and Kin regarding budget for Wilmington Pike property subject to First Financial mortgage and new value for plan. (0.1) E-mail to Ms. Hadac and Mr. Richards (Foresite) regarding prohibition against using cash collateral until entry of second interim cash collateral order. (0.1) E-mail to Mr. Richards regarding February and 2014 budgets needed for properties subject to Glicny mortgages. (0.2) Receive voicemail and e-mail from Mr. Blomgren. (0.1) Telephone conference with Mr. Richards regarding same. (0.2) Review budgets received from Mr. Richards. (0.3) | 1.10 | 395.00 | 434.50 |
| 02/04/14 | RJP | Reply to e-mail from Mr. Sanker regarding status of second interim cash collateral order and e-mails to and from Mr. Sloan regarding status of February 2014 budget. Prepare second interim cash collateral order and e-mail same to Messrs. Sanker and Stitt. Conference with Mr. Menninger regarding cash collateral issues and developments in case. Review budgets received from Mr. Richards. | 1.20 | 395.00 | 474.00 |
| 02/05/14 | RJP | E-mails from and to Mr. Sloan regarding computation of trustee fee for budget; conference with Mr. Menninger to confirm methodology for same. (0.3) Review e-mail and proposed revisions to second interim cash collateral order received from Mr. Sanker, consider proposed revisions and conference with Mr. Menninger regarding same; voicemails to Messrs. Sanker and Stitt; telephone conference with Mr. Sanker regarding Trustee's view of proposed revisions and receive return call from Mr. Stitt. (0.5) Conference with Mr. Menninger regarding concerns expressed by Mr. Sanker relating to payment of trustee compensation prior to confirmation, review sections 330 and 331 of the Bankruptcy Code and relevant provisions of Chapter 11 Trustee Handbook from U.S. Department of Justice and e-mail to Mr. Sanker explaining propriety of payment of interim compensation to trustee. (0.5) | 1.30 | 395.00 | 513.50 |
| 02/06/14 | RJP | Conference with Mr. Menninger regarding preparing second interim cash collateral order with Glicny. (0.1) Voicemails to Mr. Richards regarding revisions to be made to combined budget for stores subject to Glicny's mortgages, receive voicemail from Mr. Richards, review e-mails and revised combined budget received from Mr. Richards. (0.4) Prepare second interim cash collateral order with Glicny, including revisions necessitated by consolidation and collateral subject to Glicny's mortgages and liens in each of consolidated cases. (2.5) E-mail draft second interim cash collateral order and combined budget to Mr. Blomgren. (0.1) E- | 3.30 | 395.00 | 1,303.50 |

**Wood & Lamping, L.L.P.**

| | | | | | |
|---|---|---|---|---|---|
| Lofino Properties, LLC | | | | | March 31, 2014 |
| I.D. 105119-00010 - HEM | | | | | Invoice  463514 |
| Re: Financing | | | | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | mail to Mr. Menninger regarding second interim cash collateral order with Glicny. (0.2) | | | |
| 02/06/14 | HEM | Conference with Ray Pikna regarding status of cash collateral orders. | 0.10 | 400.00 | 40.00 |
| 02/07/14 | RJP | Telephone conference with Mr. Sloan regarding revisions to be made to budget for Wilmington Pike strip center; review revised budget; e-mail revised budget and combined budget for properties subject to Glicny's mortgages to Messrs. Sanker and Stitt. (0.2) Conference with Mr. Menninger regarding status of second interim cash collateral orders. (0.2) Telephone conference with Messrs. Sanker and Stitt regarding apparent errors in Glicny budget. (0.2) Telephone conference with Mr. Sloan regarding debt service for Glicny properties. (0.2) Conference with Mr. Menninger regarding apparent errors in amount budgeted for debt service in combined budgets; telephone conference with Mr. Menninger and Ms. Hadac regarding need to revise Glicny combined budget, and e-mail to Messrs. Sanker and Stitt confirming error and amounts of principal and interest due monthly on each property subject to Glicny's mortgages. (0.3) Forward e-mails from Mr. Richards, Mr. Sloan, and Mr. Blomgren to Mr. Menninger to provide for his review the budgets for individual properties and information on per diem interest claimed against properties subject to Glicny's mortgages. (0.1) Work on budget for Southland 75 strip center, review individual budgets for vacant Cub Foods stores, work on combined budget for 3 properties subject to Glicny mortgages, and combined budget for Springboro Pike properties subject to Glicny budget. (3.0) E-mail revised budgets for Southland 75 strip center and both combined budgets to Mr. Menninger and outline issues to be considered by Trustee when reviewing budget. (0.2) | 4.40 | 395.00 | 1,738.00 |
| 02/08/14 | RJP | Conference with Mr. Menninger regarding budget issues. (0.5) E-mail to Mr. M. Menninger regarding revised budgets to be prepared, explain all adjustments to be made and goals for Excel spreadsheet. (1.0) | 1.50 | 395.00 | 592.50 |
| 02/09/14 | RJP | Telephone conferences with Messrs. H. and M. Menninger regarding spreadsheets to be used as exhibits to cash collateral orders and revisions to be made to same. | 0.20 | 395.00 | 79.00 |
| 02/09/14 | MJM | Review of existing budgets.  Conference with Trustee re budget spreadsheets.  Preparation of global budget workbook. | 3.80 | 185.00 | 703.00 |
| 02/10/14 | RJP | Conference with Mr. H. Menninger regarding status of exhibits for cash collateral orders necessary prior to payment of real estate taxes. (0.2) Telephone conference with Mr. Menninger and Mr. Shaneyfelt regarding Mr. Lofino's position on empty properties and whether he will fund payment of taxes and expenses to maintain same. (0.3) Telephone conference with Mr. Menninger and Mr. Sanker regarding second interim cash collateral order and actions | 2.80 | 395.00 | 1,106.00 |

**Wood & Lamping, L.L.P.**

| Lofino Properties, LLC | March 31, 2014 |
|---|---|
| I.D. 105119-00010 - HEM | Invoice 463514 |
| Re: Financing | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to be taken in case. (0.4) Conference with Mr. M. Menninger regarding budgets and adjustments to be made; e-mail additional information to Mr. M. Menninger. (0.3) Receive voicemail from Mr. Blomgren, review updated budgets for properties subject to Glicny mortgages and e-mail same to Mr. Blomgren. (0.3) Revise second interim cash collateral order with First Financial, e-mail same and updated budgets for Glicny collateral to Messrs. Sanker and Stitt. (0.8) E-mail draft of second interim order with First Financial and budget to Mr. Blomgren. (0.1) Review additional revisions proposed by Mr. Sanker, telephone conference with Mr. Sanker regarding status of budget, conference with Mr. Menninger regarding foregoing, finalize second interim order and e-mail same to Mr. Sanker. (0.4) | | | |
| 02/10/14 | MJM | Continued preparation of budget workbook. | 3.10 | 185.00 | 573.50 |
| 02/11/14 | RJP | E-mails from and to Mr. Sanker and clarify references to budgets due to existence of two interim cash collateral orders. Receive debt service information from Mr. Sanker and revise budget to incorporate same. Revise second interim First Financial cash collateral order, e-mail same and February budget to Messrs. Sanker and Stitt for approval. Receive e-mail approval to execute and upload order, execute and upload same. E-mail to Ms. Baxley (law clerk) regarding uploading of exhibit separate from order due to conversion issues of Word document to PDF and PDF exhibit (1.0) Review e-mail from Mr. Kin regarding Key Bank account. (0.1) E-mail to Mr. Blomgren regarding second interim Glicny cash collateral order and budget and finalization of cash collateral agreement with First Financial. Review e-mails between Messrs. Menninger and Blomgren. Analyze reply from Mr. Blomgren, identify potential sources of confusion and budget issues; conference with Mr. H. Menninger regarding same and respond to Mr. Blomgren. Review account balance information received from Mr. Menninger. E-mail to Mr. M. Menninger regarding adjustments to be made to budget based on Mr. Blomgren's request. (1.5) | 2.60 | 395.00 | 1,027.00 |
| 02/11/14 | HEM | Conference with Ray Pikna regarding status of cash collateral orders; review revised budgets; telephone conferences with J. Hadac and T. Vollmer regarding management and real estate agency agreements; review and analysis of correspondence from and telephone conference with G. Blomgren regarding cash collateral and current operating expense issues, and whether abandonment of Wilmington Pike property makes sense. | 2.90 | 400.00 | 1,160.00 |
| 02/12/14 | RJP | Receive message and telephone conference with Ms. Militello (Judge Walter's law clerk) regarding budget not attached to uploaded second interim First Financial cash collateral order; instruct Ms. Werner to upload same. (0.1) Analyze revisions proposed by Glicny to second interim cash collateral order with Glicny, conference with Mr. Menninger regarding same. (0.5) | 4.70 | 395.00 | 1,856.50 |

**Wood & Lamping, L.L.P.**

| Lofino Properties, LLC | | | | | March 31, 2014 |
|---|---|---|---|---|---|
| I.D. 105119-00010 - HEM | | | | | Invoice  463514 |
| Re: Financing | | | | | Page 5 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Conference with Mr. M. Menninger regarding additional revisions to be made to budget to include U.S. Trustee quarterly fees and allocation of same to lenders. (0.2) Telephone conference with Mr. Menninger and Mr. Blomgren regarding revisions proposed by Glicny to second interim cash collateral order; revise second interim Glicny cash collateral order, annotate Glicny draft to explain Trustee's opinion as to all proposed revisions; annotate updated revised Trustee's draft to highlight reasons for changes proposed by Trustee in response to Glicny's revisions. (3.4) Review combined and individual budgets received from Mr. M. Menninger for properties subject to Glicny's mortgages and liens, finalize same. (0.2) E-mail updated revised draft of second interim Glicny cash collateral order and budgets to Mr. Blomgren and explain attachments. (0.3) | | | |
| 02/12/14 | HEM | Receive, review and analyze correspondence from G. Blomgren regarding GLICNY's consent to use cash collateral for limited purposes of tax payments, utiilty payments, snow removal etc.; forward same to J. Hadac for action and comment. | 0.20 | 400.00 | 80.00 |
| 02/13/14 | RJP | Conference with Mr. Menninger regarding cash collateral issues. (0.1) Review objection to final use of cash collateral by First Financial; telephone conference with Mr. Stitt regarding same and status of Glicny cash collateral negotiations. (0.2) Review Glicny objections to use of cash collateral and to second interim cash collateral order with First Financial. (0.1) | 0.40 | 395.00 | 158.00 |
| 02/14/14 | HEM | Receive and process agreed order for First Financial interim cash collateral; R & P response to Motion for Use of Cash Collateral filed by First Financial with respect to Glicny; Receive and process objection to use of cash collateral filed by Glicny | 0.30 | 400.00 | 120.00 |
| 02/18/14 | RJP | Telephone conference with Mr. Sanker regarding cash collateral issues, scheduling meeting to discuss case issues, and possibly continuing final hearing on cash collateral use; report to Mr. Menninger regarding same. (0.4) Telephone conference with Mr. Blomgren regarding status of second interim cash collateral order with Glicny, conference with Mr. Menninger regarding same. (0.2) | 0.60 | 395.00 | 237.00 |
| 02/19/14 | RJP | E-mail information regarding line items in budget for fees of Receiver and Receiver's counsel to Mr. Blomgren and inquire regarding whether Glicny will agree to vacate cash collateral hearing. | 0.10 | 395.00 | 39.50 |
| 02/20/14 | RJP | Review e-mail from Mr. Blomgren, e-mail to Messrs. Sanker and Stitt regarding scheduling meeting of Trustee with lenders and changing cash collateral hearing to a status conference. Initial review of comments and revisions proposed to second interim cash collateral order, e-mail to Mr. Menninger regarding same. Review e-mail from Mr. Kin regarding potential for reinstating notes with Glicny. | 0.50 | 395.00 | 197.50 |
| 02/21/14 | RJP | Reply to e-mail from Mr. Sanker regarding status of negotiations | 0.60 | 395.00 | 237.00 |

**Wood & Lamping, L.L.P.**

| | | |
|---|---|---|
| Lofino Properties, LLC | | March 31, 2014 |
| I.D. 105119-00010 - HEM | | Invoice  463514 |
| Re: Financing | | Page 6 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | with Glicny on second interim cash collateral order. E-mail to Mr. Blomgren regarding scheduling meeting with Glicny prior to status conference and regarding bank to be used for Glicny cash collateral. (0.2) E-mails to and from Mr. Sanker regarding agreement to convert cash collateral hearing into status conference and timing of entry of additional interim cash collateral orders. (0.1) Analyze Glicny revisions to second interim cash collateral order, conference with Mr. Menninger regarding same. (0.3) | | | |
| 02/21/14 | HEM | Conference with Ray Pikna regarding interim cash collateral order and GLICNY's attempt to secure Super Priority Administrative Claim status for funds advanced from their cash collateral to protect their collateral. | 0.40 | 400.00 | 160.00 |
| 02/24/14 | RJP | Telephone conference with Ms. Hensley, request change from cash collateral hearing to status conference. (0.1) Telephone conference with Mr. Blomgren regarding meeting prior to status conference and resolving cash collateral order then. (0.2) Review e-mail from Ms. Jackson, telephone conference with Ms. Jackson regarding change to status conference and developments in case, including cash collateral issues. (0.4) E-mail to Mr. Blomgren, Mr. Sanker, Mr. Stitt, Mr. Kin, and Mr. Shaneyfelt regarding status conference to replace cash collateral hearing. (0.1) Telephone conference with Mr. Sanker regarding meeting to be held in Dayton with Glicny prior to status conference. (0.2) | 1.00 | 395.00 | 395.00 |
| 02/25/14 | HEM | Conference with counsel for GLICNY, counsel for First Financial and Ray Pikna to analyze and negotiate terms of second interim cash collateral order. | 1.00 | 400.00 | 400.00 |
| 02/26/14 | RJP | Review e-mails between Messrs. H. and M. Menninger regarding 1111(b) issues; e-mail regarding credit bidding authority to Messrs. H. and M. Menninger. (0.1) Telephone conference with Mr. Sirower (Quarles & Brady, counsel for Glicny) regarding proposed revisions to second interim cash collateral order. (0.2) Conference with Mr. Menninger regarding same. (0.2) Telephone conference with Messrs. Menninger and Sirower regarding proposed modifications to second interim cash collateral order and moving case forward. (0.6) Conference with Mr. Menninger regarding proposed order. (0.1) | 1.20 | 395.00 | 474.00 |
| 02/27/14 | RJP | Review e-mails and analyze revised second interim cash collateral order with Glicny received from Mr. Sirower (counsel for Glicny). Note issues for discussion with Mr. Menninger. (0.5) Conference with Mr. Menninger regarding second interim cash collateral order with Glicny with Mr. Menninger. (1.0) Revise second interim cash collateral order with Glicny and e-mail to counsel for Glicny explaining Trustee's position regarding modifications not accepted by Trustee and additional modifications proposed by Trustee. (1.0). | 2.50 | 395.00 | 987.50 |
| 02/28/14 | RJP | Telephone conference with Mr. Sirower regarding Glicny | 1.10 | 395.00 | 434.50 |

**Wood & Lamping, L.L.P.**

| Lofino Properties, LLC | March 31, 2014 |
|---|---|
| I.D. 105119-00010 - HEM | Invoice 463514 |
| Re: Financing | Page 7 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | comments and proposed revisions to draft or second interim cash collateral order as revised by Trustee and his counsel. (0.2) Conference with Mr. Menninger regarding same and tax reserve requested by Glicny. (0.5) Review e-mail from Mr. Kin regarding 506(c) and 507(b) issues, discuss same with Mr. Menninger and telephone conference with Messrs. Kin, Shaneyfelt, and Menninger regarding same. (0.3) Voicemail to Mr. Sirower regarding progress on cash collateral order and timing of circulating revisions. (0.1) | | | |

|  | **Total Fees** | **42.90** | **15,521.00** |
|---|---|---|---|
|  | **Total Fees and Disbursements** | | **15,521.00** |
|  | **Total Current Charges** | | **15,521.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

March 31, 2014
Invoice 463515

ID: 105119-00011 - HEM
Re: Litigation

For Services Rendered Through February 28, 2014

| | |
|---|---|
| Current Fees | 158.00 |
| **Total Current Charges** | **158.00** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping  LLP

Lofino Properties, LLC
Re: Litigation
I.D. 105119-00011 - HEM

March 31, 2014
Invoice  463515
Page  2

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/28/14 | RJP | Conference with Mr. Menninger regarding potential avoidance actions. | 0.40 | 395.00 | 158.00 |
| | | **Total Fees** | **0.40** | | **158.00** |
| | | **Total Fees and Disbursements** | | | 158.00 |
| | | **Total Current Charges** | | | **158.00** |

# WOOD ❦ LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

March 31, 2014
Invoice  463516

ID: 105119-00013 - HEM
Re: Plan and Disclosure Statement

For Services Rendered Through February 28, 2014

| | |
|---|---|
| Current Fees | 3,864.50 |
| Current Disbursements | 135.89 |
| **Total Current Charges** | **4,000.39** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping  LLP

| Lofino Properties, LLC | March 31, 2014 |
|---|---|
| Re: Plan and Disclosure Statement | Invoice  463516 |
| I.D. 105119-00013 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/03/14 | RJP | Conference with Mr. Menninger regarding plan options and confirmation issues. | 0.20 | 395.00 | 79.00 |
| 02/03/14 | HEM | Conference with Ray Pikna regarding plan strategy. | 0.10 | 400.00 | 40.00 |
| 02/25/14 | HEM | Meeting with counsel for GLICNY, counsel for First Financial, and Ray Pikna to discuss and analyze potential plan scenarios. | 1.50 | 400.00 | 600.00 |
| 02/25/14 | HEM | Conference with Joshua Kin and Paul Shaneyfelt, along with Ray Pikna, concerning Trustee's intention to move forward with plan over the next two weeks. | 0.50 | 400.00 | 200.00 |
| 02/25/14 | HEM | Preliminary research concerning effect of Section 1111 of the bankruptcy code relating to GLICNY's non-recourse debt and its impact on the case where plan contemplates sale of assets; memorandum to Mike Menninger regarding same.. | 1.50 | 400.00 | 600.00 |
| 02/26/14 | HEM | Review Mike Menninger memorandum on Section 1111 non-recourse debt issue; conf. with Mike Menninger regarding same; correspondence with J. Kin regarding Section 1111 issues, and his client's intentions regarding the two big box stores and Southland 75. | 1.50 | 400.00 | 600.00 |
| 02/26/14 | MJM | Analysis of pertinent statutory and case law on treatment of undersecured, nonrecourse creditors in Chapter 11.  Drafting of internal memorandum regarding same. | 4.40 | 185.00 | 814.00 |
| 02/27/14 | HEM | Research on Section 1111 treatment for non-recourse debt; review case cited by GLICNY counsel which arguably gives them the ability to turn non-recourse claim into recourse claim; Conf with Mike Menninger and Ray Pikna regarding same. | 0.50 | 400.00 | 200.00 |
| 02/27/14 | MJM | Conference with HEM regarding memo on treatment of undersecured, nonrecourse creditors.  Analysis of case law in light of Oklahoma decision on which creditor relies.  Updated memorandum with further analysis. | 3.10 | 185.00 | 573.50 |
| 02/28/14 | RJP | Telephone conference with Messrs. Kin, Shaneyfelt, and Menninger regarding sale of real estate allegedly securing Glicny's claims, change in debtors' position relative to potential equity in properties, and options for developing consensual plan. Voicemail to Mr. Sirower regarding debtors' position and call to be made to him by debtors' counsel. | 0.40 | 395.00 | 158.00 |
| | | **Total Fees** | **13.70** | | **3,864.50** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/28/14 | Computer Assisted Research; M. Menninger -  02/26-02/27 | 135.89 |
| | **Total Disbursements** | **135.89** |

## Wood & Lamping  LLP

Lofino Properties, LLC
Re: Plan and Disclosure Statement
I.D. 105119-00013 - HEM

March 31, 2014
Invoice  463516
Page 3

| | |
|---|---|
| **Total Fees and Disbursements** | **4,000.39** |
| **Total Current Charges** | **4,000.39** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

March 31, 2014
Invoice  463518

ID: 105119-00014 - HEM
Re:Relief from Stay Proceedings

For Services Rendered Through February 28, 2014

| | |
|---|---|
| Current Fees | 39.50 |
| **Total Current Charges** | **39.50** |

Charge to: _____ Visa    _____ Mastercard    _____ American Express    _____ Discover Card
Account #: _____    Exp. Date: _____
Name: _____    Signature: _____    Amount: $_____

### Wood & Lamping LLP

| | |
|---|---|
| Lofino Properties, LLC | March 31, 2014 |
| Re: Relief from Stay Proceedings | Invoice  463518 |
| I.D. 105119-00014 - HEM | Page  2 |

| Fees | | | | | |
|---|---|---|---|---|---|
| Date | Atty | Description | Hours | Rate | Amount |
| 02/26/14 | RJP | Review e-mails regarding improper insurance cancellation, conference with Mr. Menninger regarding successful resolution of same. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **0.10** | | **39.50** |
| | | **Total Fees and Disbursements** | | | 39.50 |
| | | **Total Current Charges** | | | **39.50** |