# WOOD ✹ LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

April 28, 2014
Invoice  464371

ID: 105119-00003 - HEM
Re: Asset Disposition

For Services Rendered Through March 31, 2014

| | |
|---|---|
| Current Fees | 592.50 |
| **Total Current Charges** | **592.50** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping  LLP

Lofino Properties, LLC
Re: Asset Disposition
I.D. 105119-00003 - HEM

April 28, 2014
Invoice  464371
Page  2

| | | Fees | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 03/19/14 | RJP | Review e-mail and draft motion for procedures and sale of properties subject to Glicny mortgages. | 0.10 | 395.00 | 39.50 |
| 03/21/14 | RJP | Continue review of sale motion received from Mr. Sirower. | 0.20 | 395.00 | 79.00 |
| 03/25/14 | RJP | Analyze sale motion and proposed order received from Mr. Sirower; note comments and FedEx same to Mr. Menninger for discussion. | 1.20 | 395.00 | 474.00 |
| | | **Total Fees** | **1.50** | | **592.50** |

**Total Fees and Disbursements**  592.50

**Total Current Charges**  **592.50**

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

April 28, 2014
Invoice  464372

ID: 105119-00004 - HEM
Re: Business Operations

For Services Rendered Through March 31, 2014

| | |
|---|---|
| Current Fees | 474.00 |
| **Total Current Charges** | **474.00** |

Charge to: _____Visa  _____Mastercard  _____American Express  _____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

### Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | April 28, 2014 |
| Re: Business Operations | Invoice  464372 |
| I.D. 105119-00004 - HEM | Page  2 |

| | | | | | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 03/10/14 | RJP | Review e-mail from Mr. Lofino, Jr. regarding potential prior default by Office Max precluding early termination of lease. | 0.20 | 395.00 | 79.00 |
| 03/11/14 | RJP | Review e-mail from Ms. O'Neal (Brower Insurance) regarding insurance coverage for properties. Review e-mail from Mr. Sanker regarding same. Review e-mails from Mr. Menninger regarding foregoing. | 0.10 | 395.00 | 39.50 |
| 03/12/14 | RJP | Review e-mails between Mr. Menninger and Foresite and between Mr. Menninger and Mr. Sloan regarding insurance issues, telephone conference with Mr. Menninger regarding same. Review e-mail from Ms. O'Neal regarding coverage of properties subject to Glicny mortgages. | 0.20 | 395.00 | 79.00 |
| 03/14/14 | RJP | E-mails from and to Mr. Sloan regarding insurance on Sugarcreek strip center. | 0.10 | 395.00 | 39.50 |
| 03/17/14 | RJP | E-mails from and to Mr. Sanker regarding insurance coverage on Sugarcreek strip center. Review e-mail and evidence of property coverage received from Ms. Eddy (Brower Insurance), e-mail same to Mr. Sanker. | 0.20 | 395.00 | 79.00 |
| 03/20/14 | RJP | Review e-mails from Mr. Richards and Mr. Menninger and list of expenses subject to Glicny cash collateral authorization proposed to be paid; e-mail to Mr. Richards setting forth scope of authorization so payments can be made to extent authorized. | 0.30 | 395.00 | 118.50 |
| 03/22/14 | RJP | E-mail to Ms. Hadac regarding Office Max lease termination issue. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **1.20** | | **474.00** |
| | | **Total Fees and Disbursements** | | | **474.00** |
| | | **Total Current Charges** | | | **474.00** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

April 28, 2014
Invoice  464373

ID: 105119-00005 - HEM
Re: Case Administration

For Services Rendered Through March 31, 2014

| | |
|---|---|
| Current Fees | 553.00 |
| **Total Current Charges** | **553.00** |

Charge to: ____ Visa    ____ Mastercard    ____ American Express    ____ Discover Card
Account #: _____    Exp. Date: _____
Name: _____    Signature: _____    Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | April 28, 2014 |
| Re: Case Administration | Invoice  464373 |
| I.D. 105119-00005 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/06/14 | RJP | Review e-mail from Mr. Shaneyfelt regarding scheduling conference call to discuss direction of case. | 0.10 | 395.00 | 39.50 |
| 03/11/14 | RJP | Review e-mail from Mr. McClatchey replying to my inquiry on property management issues. | 0.10 | 395.00 | 39.50 |
| 03/14/14 | RJP | Telephone conference with Mr. Kin regarding employment of his law firm as special counsel for collection purposes, objection to fee applications, cash collateral issues, proposed sale of Glicny property, and plan provisions. (0.4) Telephone conference with Mr. Menninger regarding insurance on Sugarcreek Center and developments in case. (0.1) | 0.50 | 395.00 | 197.50 |
| 03/18/14 | RJP | Return call on behalf of Mr. Menninger to Mr. Rieser to determine interest in case. Receive voicemail from Messrs. Kin and Shaneyfelt, e-mail to schedule time to discuss issues. | 0.20 | 395.00 | 79.00 |
| 03/20/14 | RJP | E-mail to Mr. Menninger regarding developments in case, including revised second interim cash collateral order, budget for same, cash balances in Glicny accounts, withdrawal of Pickrel, Shafer & Ebeling from state court litigation, and trust agreement to accompany plan. | 0.50 | 395.00 | 197.50 |
| | | **Total Fees** | **1.40** | | **553.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **553.00** |
| **Total Current Charges** | **553.00** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

**TERMS:  Payable Upon Receipt**
**SERVICE CHARGE AFTER 30 DAYS**

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

April 28, 2014
Invoice  464374

ID: 105119-00006 - HEM
Re: Claim Administration and Objection

For Services Rendered Through March 31, 2014

| | |
|---|---|
| Current Fees | 1,975.00 |
| **Total Current Charges** | **1,975.00** |

Charge to: _____Visa   _____Mastercard   _____American Express   _____Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping  LLP

| Lofino Properties, LLC | April 28, 2014 |
|---|---|
| Re: Claim Administration and Objection | Invoice  464374 |
| I.D. 105119-00006 - HEM | Page  2 |

| | | Fees | | | |
|---|---|---|---|---|---|
| Date | Atty | Description | Hours | Rate | Amount |
| 03/06/14 | RJP | Prepare motion for claims bar date. (1.3) Prepare notice of motion for claims bar date. (0.4) Prepare order approving motion for claims bar date. (0.8) Prepare notice of deadline for filing proofs of claim. (0.8) E-mail to Ms. Werner to verify all service lists are current. (0.1) | 3.40 | 395.00 | 1,343.00 |
| 03/07/14 | RJP | Finalize motion to establish claims bar date and exhibits (order approving motion and notice of claims bar date) and notice of motion to establish claims bar date, update service list, file and serve motion to establish claims bar date and notice of same. | 1.50 | 395.00 | 592.50 |
| 03/12/14 | RJP | Reply to e-mail from Mr. Sirower regarding motion for claims bar date. | 0.10 | 395.00 | 39.50 |

|  | | | Total Fees | 5.00 | 1,975.00 |
|---|---|---|---|---|---|
|  | | | Total Fees and Disbursements | | 1,975.00 |
|  | | | Total Current Charges | | 1,975.00 |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

April 28, 2014
Invoice  464375

ID: 105119-00008 - HEM
Re:Fee/Employment Applications

For Services Rendered Through March 31, 2014

| | |
|---|---|
| Current Fees | 1,145.50 |
| **Total Current Charges** | **1,145.50** |

Charge to: _____Visa _____Mastercard _____American Express _____Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $ _____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | April 28, 2014 |
| Re: Fee/Employment Applications | Invoice  464375 |
| I.D. 105119-00008 - HEM | Page  2 |

| | | **Fees** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 03/15/14 | RJP | E-mail to Mr. Menninger regarding whether to proceed with application to employ Pickrel Shafer Ebeling as special collection counsel. | 0.10 | 395.00 | 39.50 |
| 03/17/14 | RJP | Review e-mail from Mr. Menninger regarding potential retention of Pickrel Shafer and Ebeling as special counsel to litigate pending state court matters. | 0.10 | 395.00 | 39.50 |
| 03/20/14 | RJP | Review e-mail from Mr. Kin regarding withdrawal of Pickrel, Shafer & Ebeling from state court litigation, consider impact of same on case and reply. (0.2) Reply to e-mail from Mr. Shapiro regarding timing of payment of Foresite's fees. (0.1) | 0.30 | 395.00 | 118.50 |
| 03/22/14 | RJP | Review e-mail from Mr. Shapiro regarding tax appeals for properties subject to Glicny's mortgages; e-mail to Messrs. Blomgren and Sirower regarding same; e-mail to Mr. Menninger regarding same and potential mechanisms for funding appeals; reply to Mr. Shapiro and request additional detail. (0.3) E-mail to Mr. Sloan regarding assessment against Sugarcreek and timing for appeal of same. (0.1) | 0.40 | 395.00 | 158.00 |
| 03/23/14 | RJP | Review e-mails from Mr. Shapiro (Foresite) regarding employment of the Gibbs Firm for property tax appeal, reply to same. | 0.10 | 395.00 | 39.50 |
| 03/24/14 | RJP | Review e-mail from Mr. Blomgren regarding potential employment of The Gibbs firm for tax appeals on properties subject to Glicny's mortgages. E-mail to Mr. Shapiro (Foresite Realty) regarding same. Review reply regarding proposed fee structure, e-mail to Messrs. Blomgren and Sirower regarding same and use of cash collateral for compensation. Review and reply to additional e-mails from Mr. Shapiro. Review e-mails from Messrs. Sloan and Kin regarding appeal and cost for appeal relating to tax valuation of Sugarcreek strip center. | 0.50 | 395.00 | 197.50 |
| 03/25/14 | RJP | Telephone conference with Mr. Blomgren regarding employment of The Gibbs Firm for property tax appeals. Review e-mail from Mr. Blomgren confirming that Glicny authorizes use of cash collateral to pay Mr. Gibbs; voicemail to Mr. Gibbs; e-mails to and from Mr. Gibbs regarding terms of engagement, explaining fee procedures in bankruptcy case and application to employ special counsel and supporting affidavit; telephone conference with Mr. Gibbs regarding same. | 0.90 | 395.00 | 355.50 |
| 03/27/14 | RJP | Reply to e-mail from Mr. Shapiro regarding retention of The Gibbs Firm for real estate tax appeals. | 0.10 | 395.00 | 39.50 |
| 03/31/14 | RJP | Finalize monthly statements for service on parties, verify entries designated to correct matter. | 0.40 | 395.00 | 158.00 |
| | | **Total Fees** | **2.90** | | **1,145.50** |

## Wood & Lamping  LLP

Lofino Properties, LLC
Re: Fee/Employment Applications
I.D. 105119-00008 - HEM

April 28, 2014
Invoice  464375
Page 3

| | |
|---|---|
| **Total Fees and Disbursements** | **1,145.50** |
| **Total Current Charges** | **1,145.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

April 28, 2014
Invoice  464376

ID: 105119-00009 - HEM
Re: Fee/Employment Objections

For Services Rendered Through March 31, 2014

| | |
|---|---|
| Current Fees | 1,382.50 |
| **Total Current Charges** | **1,382.50** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping  LLP

| Lofino Properties, LLC | April 28, 2014 |
|---|---|
| Re: Fee/Employment Objections | Invoice  464376 |
| I.D. 105119-00009 - HEM | Page 2 |

| | | **Fees** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 03/07/14 | RJP | Conference with Mr. Menninger regarding filing objection to employment of Messrs. Kin and Shaneyfelt and attending hearing on same. | 0.10 | 395.00 | 39.50 |
| 03/13/14 | RJP | Prepare, file, and serve joinder in objections to debtors' applications to employ Messrs. Shaneyfelt and Kin. | 0.70 | 395.00 | 276.50 |
| 03/14/14 | RJP | Review replies of Messrs. Kin and Shaneyfelt to objections to their nunc pro tunc employment by debtors. | 0.10 | 395.00 | 39.50 |
| 03/25/14 | RJP | Telephone conference with Ms. Jackson regarding Receiver's fee application and whether U.S. Trustee has position on same. E-mail to Mr. Menninger regarding decisions to be made concerning same. | 0.50 | 395.00 | 197.50 |
| 03/26/14 | RJP | Receive voicemail from Messrs. Kin and Shaneyfelt inquiring regarding Trustee's position on Ms. Hadac's first application for compensation; e-mail to Messrs. Kin and Shaneyfelt responding to inquiry. (0.1) Telephone conference with Mr. Menninger regarding Trustee's position on Ms. Hadac's first interim application for compensation. (0.2) Voicemail to Mr. Sirower regarding use of cash collateral to pay Ms. Hadac; telephone conference with Mr. Blomgren regarding same, and review e-mail from Mr. Blomgren authorizing use of cash collateral to pay Ms. Hadac. (0.2) Voicemail to Ms. Guthrie regarding Trustee's position. (0.1) Review objection filed by debtors to Ms. Hadac's fee application, e-mail to Mr. Menninger regarding same. (0.2) E-mail to Messrs. Kin and Shaneyfelt explaining Trustee's position on Ms. Hadac's fee application. (0.1) Review e-mail from Mr. Kin suggesting continuance of April 1 hearing on applications for debtors to employ Messrs. Kin and Shaneyfelt, e-mail to Mr. Menninger regarding same. (0.1) | 1.00 | 395.00 | 395.00 |
| 03/27/14 | RJP | Receive voicemail message from Mr. Menninger regarding suggestion by debtors' counsel that April 1 hearing be continued; voicemail to Mr. Kin and telephone conference with Mr. Shaneyfelt regarding same, payments due to estate from Mr. Lofino, and status of case. Reply to e-mail from Ms. Jackson regarding Trustee's agreement to continuance of hearing. | 0.50 | 395.00 | 197.50 |
| 03/28/14 | RJP | Review e-mail from Mr. Blomgren on behalf of Glicny agreeing to continuance of April 1 hearing, e-mail to all counsel regarding Trustee's agreement to same. Telephone conference with Mr. Kin regarding continuing April 1 hearing, payment of Ms. Hadac's fees and expenses from cash collateral, and payments due to estate. Review First Financial Bank's limited objection to Ms. Hadac's fee application. | 0.30 | 395.00 | 118.50 |
| 03/31/14 | RJP | Telephone conference with Ms. Guthrie regarding Ms. Hadac's fee application and payment of same from Glicny's cash collateral. | 0.30 | 395.00 | 118.50 |

### Wood & Lamping, L.L.P.

| Lofino Properties, LLC | April 28, 2014 |
|---|---|
| I.D. 105119-00009 - HEM | Invoice  464376 |
| Re: Fee/Employment Objections | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Review agreed order continuing hearing on debtors' applications to employ Messrs. Kin and Shaneyfelt, reply to Mr. Shaneyfelt noting technical revisions to be made. | | | |
| | | **Total Fees** | **3.50** | | **1,382.50** |
| | | **Total Fees and Disbursements** | | | 1,382.50 |
| | | **Total Current Charges** | | | **1,382.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

**TERMS: Payable Upon Receipt**
**SERVICE CHARGE AFTER 30 DAYS**

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

April 28, 2014
Invoice   464377

ID: 105119-00010 - HEM
Re: Financing

For Services Rendered Through March 31, 2014

| | |
|---|---|
| Current Fees | 3,400.50 |
| **Total Current Charges** | **3,400.50** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____ Exp. Date: _____
Name: _____ Signature: _____ Amount: $_____

## Wood & Lamping LLP

| | |
|---|---|
| Lofino Properties, LLC | April 28, 2014 |
| Re: Financing | Invoice 464377 |
| I.D. 105119-00010 - HEM | Page 2 |

| | | **Fees** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 03/01/14 | RJP | Work on second interim cash collateral order with Glicny, e-mail to Mr. Menninger regarding same. | 0.60 | 395.00 | 237.00 |
| 03/03/14 | RJP | Conference with Mr. Menninger regarding proposed revisions to second interim cash collateral order. (0.2) Receive e-mail with proposed language for second interim cash collateral order from Mr. Sirower; voicemail from Mr. Sirower; voicemail to Mr. Sirower. (0.1) Review e-mails forwarded by Mr. Menninger regarding account balances and unpaid property management expenses. (0.2) Obtain and review financing statements with Genworth as secured creditor. (0.2) Review Mr. Menninger's modifications to second interim cash collateral order, revise second interim cash collateral order. (0.4) E-mail revised second interim cash collateral order to Messrs. Sirower and Blomgren. (0.2) | 1.30 | 395.00 | 513.50 |
| 03/03/14 | HEM | Review and analysis of latest draft of Second Interim GLICNY Cash Collateral Order; provide mark-up to Ray Pikna; conference with Ray Pikna regarding same. | 0.70 | 400.00 | 280.00 |
| 03/04/14 | RJP | Conference with Mr. M. Menninger to revise budgets for second interim cash collateral order with Glicny to include accrued payables. (0.1) E-mail updated budgets to Mr. Richards for review in light of actual expenses and cash on hand, follow up e-mails from and to Mr. Richards regarding budget issues. (0.5) Conference with Mr. H. Menninger regarding budgets and status of second interim cash collataral order with Glicny. (0.2) Analyze combined budget received from Mr. Richards and prepare budget for March through July for properties allegedly subject to Glicny mortgages and forward to counsel for Glicny with explanation for various line items. (0.3) Telephone conference with Messrs. Sanker and Stitt regarding cash collateral issues with First Financial Bank. (0.1) E-mail to Mr. Menninger regarding foregoing. (0.1) | 1.30 | 395.00 | 513.50 |
| 03/05/14 | RJP | Telephone conference with Mr. Sanker and e-mail budget for use of First Financial Bank cash collateral in March to Mr. Sanker. | 0.20 | 395.00 | 79.00 |
| 03/06/14 | RJP | Return call to Mr. Blomgren regarding cash collateral budget and inclusion of previously unpaid expenses for payment in March and budgets having been prepared by Foresite. Telephone conference with Mr. Blomgren regarding source of funds reflected in budget provided by Foresite. | 0.10 | 395.00 | 39.50 |
| 03/10/14 | RJP | Telephone conference with Mr. Sirower regarding second interim cash collateral order. (0.2) Conference with Mr. Menninger regarding same. (0.1) E-mail to Mr. Sirower regarding Foresite fee application and inclusion of same in March budget for payment from cash collateral. (0.1) Receive voicemail from Mr. Blomgren and review e-mail from Mr. Blomgren regarding Foresite issues | 0.50 | 395.00 | 197.50 |

### Wood & Lamping, L.L.P.

| | | | | | |
|---|---|---|---|---|---|
| Lofino Properties, LLC | | | | | April 28, 2014 |
| I.D. 105119-00010 - HEM | | | | | Invoice 464377 |
| Re: Financing | | | | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and proposed management agreement. (0.1) | | | |
| 03/11/14 | RJP | Analyze proposed revisions to second interim cash collateral order with Glicny received from Mr. Sirower; conference with Mr. Menninger regarding same. | 0.60 | 395.00 | 237.00 |
| 03/17/14 | RJP | Review e-mail from Mr. Sirower setting forth amounts of principal and interest requested to be paid by Glicny. E-mail to Mr. Menninger regarding previously proposed budget and impact of request on budget. | 0.20 | 395.00 | 79.00 |
| 03/18/14 | RJP | Review e-mail from Mr. Menninger regarding cash collateral issues with Glicny and other case issues. Telephone conference with Mr. Menninger regarding cash collateral order, status of proposed sale of real estate subject to Glicny mortgages, retention of Foresite Realty, and proposed plan and trust agreement. Telephone conference with Mr. Sirower regarding cash collateral order, proposed sale of real estate subject to Glicny mortgages, retention of Foresite Realty, and proposed plan; schedule follow up call. | 0.80 | 395.00 | 316.00 |
| 03/19/14 | RJP | Telephone conference with Mr. Sirower regarding draft second interim cash collateral order. | 0.60 | 395.00 | 237.00 |
| 03/20/14 | RJP | Revise second interim cash collateral order with Glicny. | 0.70 | 395.00 | 276.50 |
| 03/21/14 | RJP | Telephone conference with Mr. Menninger regarding payments requested by Glicny under second interim cash collateral order and budget issues. | 0.20 | 395.00 | 79.00 |
| 03/22/14 | RJP | E-mail to Mr. Richards requesting amount due for principal and interest on Southland 75 real estate subject to Glicny mortgage and account balances. | 0.10 | 395.00 | 39.50 |
| 03/23/14 | RJP | Review e-mail from Mr. Shapiro (Foresite) regarding items to be paid from cash collateral. | 0.10 | 395.00 | 39.50 |
| 03/28/14 | RJP | Receive e-mail from Mr. Sanker regarding First Financial's request to formalize use of cash collateral through an agreed order through May. Preliminary review of red-line draft proposed order. Review full year budget previously provided by Mr. Sloan for Sugarcreek property, e-mail instructions to Mr. Sloan for updating of same. Reply to e-mail from Mr. Sanker regarding adjustments being made to priof full year budget and of timing for further response. | 0.50 | 395.00 | 197.50 |
| 03/31/14 | RJP | E-mails from and to Mr. Sloan regarding updated budget requested for Sugarcreek Plaza. | 0.10 | 395.00 | 39.50 |

|  |  |  |
|---|---|---|
| **Total Fees** | **8.60** | **3,400.50** |
| | | |
| **Total Fees and Disbursements** | | **3,400.50** |
| **Total Current Charges** | | **3,400.50** |

# WOOD ❦ LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

---

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

April 28, 2014
Invoice  464378

ID: 105119-00011 - HEM
Re:Litigation

---

For Services Rendered Through March 31, 2014

---

| | |
|---|---|
| Current Fees | 199.00 |
| **Total Current Charges** | **199.00** |

---

Charge to: _____ Visa   _____ Mastercard   _____ American Express   _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

### Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | April 28, 2014 |
| Re: Litigation | Invoice 464378 |
| I.D. 105119-00011 - HEM | Page 2 |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/06/14 | HEM | Telephone conference with G. Blomgren regarding expected correspondence addressing issues recently posed; conference call with P. Shaneyfelt and Joshua Kin regarding expected funds to be paid tomorrow, their client's position on Wilmington Big Box, and his client's willingness and ability to fund build-out for the Springboro pike big box. | 0.30 | 400.00 | 120.00 |
| 03/21/14 | RJP | E-mail to Mr. Menninger regarding potential litigation claims to be evaluated. | 0.10 | 395.00 | 39.50 |
| 03/31/14 | RJP | Review e-mail from Mr. McClatchey regarding potential causes of action. | 0.10 | 395.00 | 39.50 |

| | | |
|---|---|---|
| **Total Fees** | **0.50** | **199.00** |

| | |
|---|---|
| Total Fees and Disbursements | 199.00 |
| **Total Current Charges** | **199.00** |

# WOOD ❦ LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

April 28, 2014
Invoice 464379

ID: 105119-00013 - HEM
Re: Plan and Disclosure Statement

For Services Rendered Through March 31, 2014

| | |
|---|---|
| Current Fees | 4,160.00 |
| **Total Current Charges** | **4,160.00** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping  LLP

Lofino Properties, LLC
Re: Plan and Disclosure Statement
I.D. 105119-00013 - HEM

April 28, 2014
Invoice  464379
Page  2

| | | **Fees** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 03/04/14 | RJP | Review term sheet received from Mr. Sanker and revisions proposed by Mr. Sirower. (0.3) Telephone conference with Messrs. Sanker and Stitt regarding plan term sheet and comments received from Glicny's counsel. (0.3) E-mail to Mr. Menninger regarding same. (0.1) | 0.70 | 395.00 | 276.50 |
| 03/05/14 | RJP | Review Mr. Sanker's response to Mr. Sirower's comments on term sheet. Conference with Mr. Menninger regarding how best to treat Glicny under proposed plan. (0.2) Review Mr. Sirower's response to Mr. Sanker. Review e-mail from Mr. Sanker to Mr. Menninger and me, conference with Mr. Menninger regarding responding to same. (0.2) Review Mr. Menninger's response to Mr. Sirower and conference with Mr. Menninger regarding his telephone conference with Mr. Sirower. (0.1) | 0.50 | 395.00 | 197.50 |
| 03/05/14 | HEM | Review and analysis of Sanker's proposed liquidation plan; correspondence with B. Sirower regarding recourse vs non-recourse issues, and conference with Ray Pikna regarding same. | 2.50 | 400.00 | 1,000.00 |
| 03/06/14 | RJP | Conference with Mr. Sanker regarding status of reviewing plan. Review e-mail from Mr. Sanker regarding terms of proposed plan. | 0.10 | 395.00 | 39.50 |
| 03/07/14 | RJP | Participate in majority of meeting with Mr. Menninger, Mr. M. Lofino, Jr., and Mr. McClatchey regarding operation of debtors and information for use in disclosure statement. (1.8) Review e-mails between Messrs. Sanker and Menninger; receive voicemail from Mr. Sanker, conference with Mr. Menninger regarding plan issues. (0.2) Follow up e-mail to Mr. McClatchey regarding potential claims of estate. (0.1) | 2.10 | 395.00 | 829.50 |
| 03/12/14 | RJP | Telephone conference with Mr. Sanker regarding draft plan, pre-confirmation sale being proposed by Glicny, insurance on Sugarcreek property, and developments in case. | 0.40 | 395.00 | 158.00 |
| 03/14/14 | RJP | Review e-mails from Mr. Sanker regarding revised plan. | 0.10 | 395.00 | 39.50 |
| 03/19/14 | RJP | Analyze plan and trust agreement, send same with comments noted on drafts to Mr. Menninger for review. (2.4) Telephone conference with Mr. Menninger regarding status of review. (0.1) | 2.50 | 395.00 | 987.50 |
| 03/20/14 | RJP | Complete review of proposed trust agreement. | 0.50 | 395.00 | 197.50 |
| 03/21/14 | RJP | Telephone conference with Mr. Sanker regarding initial comments to plan and trust agreement. (0.5) Return call to Mr. Kin, left voicemail; telephone conference with Mr. Shaneyfelt regarding proposed plan and status of resolving issues with Glicny. (0.4) Telephone conference with Mr. Menninger regarding comments to plan. (0.2) | 1.10 | 395.00 | 434.50 |
| | | **Total Fees** | **10.50** | | **4,160.00** |

**Wood & Lamping LLP**

Lofino Properties, LLC
Re: Plan and Disclosure Statement
I.D. 105119-00013 - HEM

April 28, 2014
Invoice 464379
Page 3

| | |
|---|---:|
| **Total Fees and Disbursements** | 4,160.00 |
| **Total Current Charges** | **4,160.00** |