# WOOD ⊛ LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

May 27, 2014
Invoice  465335

ID: 105119-00002 - HEM
Re: Asset Analysis and Recovery

For Services Rendered Through April 30, 2014

| | |
|---|---|
| Current Fees | 40.00 |
| **Total Current Charges** | **40.00** |

| | | | | |
|---|---|---|---|---|
| Charge to: _____Visa | _____Mastercard | _____American Express | _____Discover Card | |
| Account #: _____ | | Exp. Date: _____ | | |
| Name: _____ | | Signature: _____ | Amount: $_____ | |

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | May 27, 2014 |
| Re: Asset Analysis and Recovery | Invoice  465335 |
| I.D. 105119-00002 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/15/14 | HEM | Correspondence with P. Shaneyfelt and J. Kin regarding the payments due estate which are now in arrears. | 0.10 | 400.00 | 40.00 |
| | | **Total Fees** | **0.10** | | **40.00** |
| | | **Total Fees and Disbursements** | | | **40.00** |
| | | **Total Current Charges** | | | **40.00** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

May 27, 2014
Invoice  465336

ID: 105119-00003 - HEM
Re: Asset Disposition

For Services Rendered Through April 30, 2014

| | |
|---|---|
| Current Fees | 7,630.00 |
| **Total Current Charges** | **7,630.00** |

Charge to: _____ Visa   _____ Mastercard   _____ American Express   _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping LLP

| Lofino Properties, LLC | May 27, 2014 |
|---|---|
| Re: Asset Disposition | Invoice 465336 |
| I.D. 105119-00003 - HEM | Page 2 |

| | | Fees | | | |
|---|---|---|---|---|---|
| Date | Atty | Description | Hours | Rate | Amount |
| 04/02/14 | HEM | Conference call with Brian Sirower and Ray Pikna regarding 363 sale process, cash collateral, and plan of reorganization. | 0.80 | 400.00 | 320.00 |
| 04/14/14 | RJP | Work on motion to sell assets subject to Glicny's liens and to assume and assign associated unexpired leases and executory contracts. (7.2) Telephone conference with Mr. Blomgren regarding status of sale motion. (0.1) Telephone conferences with Mr. Sirower regarding trustee compensation for sale of assets subject to Glicny's liens and cash collateral order. (0.3) Conferences with Mr. Menninger regarding foregoing. (0.4) E-mail to Mr. Menninger with draft motion and proposed e-mail to Glicny's counsel. (0.7) | 8.70 | 395.00 | 3,436.50 |
| 04/14/14 | HEM | Conferences with Ray Pikna regarding issues with tentative 363 Motion, in effort to square it with cash collateral orders and plan of reorganization; review proposed correspondence to B. Sirower. | 0.50 | 400.00 | 200.00 |
| 04/16/14 | RJP | Receive voicemail from Mr. Blomgren. Conference with Mr. Menninger regarding sale issues, estate expenses allocable to Glicny's collateral, and actions to be taken; e-mail draft of plan and draft of sale motion to Messrs. Sirower and Blomgren and explain United States Trustee's position on sales that solely benefit secured creditors and detriment to estate in this case if Glicny does not bear estate expenses allocable to it. (1.5) Review e-mail from Mr. Curry (Quarles & Brady) requesting Word copy of sale motion so changes can be tracked from Q&B draft, reply to same explaining local practice for sales procedure motion separate from sale motion and source of text for draft motion delivered to Mr. Sirower. (0.3) | 1.80 | 395.00 | 711.00 |
| 04/17/14 | RJP | Conference with Mr. Menninger regarding issues relating to sale of Glicny collateral and expenses of administration in case allocable to Glicny collateral, including US Trustee quarterly fees. E-mail to counsel for Glicny regarding expenses of administration in case allocable to Glicny collateral. Brief telephone conference with Mr. Sirower regarding same prior to status conference call with parties. Post-status conference call with parties; telephone conference with Mr. Sirower and Mr. Menninger regarding sale motion and expenses of administration in case allocable to Glicny collateral. Prepare revised proposal for Glicny's consideration, conference with Mr. Menninger regarding same, and voicemail to Mr. Sirower regarding same. | 2.50 | 395.00 | 987.50 |
| 04/18/14 | RJP | Voicemail to Mr. Sirower. Telephone conference with Mr. Sirower regarding consideration for sale to be carved out from cash collateral and timing issues. Conference with Mr. Menninger regarding developments. (0.3) Review e-mail from Mr. Sirower outlining carve out as consideration for selling collateral through case; prepare response, conference with Mr. Menninger regarding | 0.80 | 395.00 | 316.00 |

**Wood & Lamping, L.L.P.**

| | | | | | |
|---|---|---|---|---|---|
| Lofino Properties, LLC | | | | | May 27, 2014 |
| I.D. 105119-00003 - HEM | | | | | Invoice 465336 |
| Re: Asset Disposition | | | | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | same, revise and e-mail response to Mr. Sirower. (0.5) | | | |
| 04/21/14 | RJP | E-mails to and from Mr. Curry regarding sale motion. E-mail to counsel for First Financial regarding status of motion to sell Glicny collateral. | 0.40 | 395.00 | 158.00 |
| 04/22/14 | RJP | Work on sale procedures motion. E-mail to Mr. Curry regarding same. | 3.00 | 395.00 | 1,185.00 |
| 04/28/14 | RJP | Telephone conference with Mr. Sirower regarding sale pleadings. (0.1) Telephone conference with Mr. Watson (prospective bidder) regarding Springboro Pike properties and actions to be taken in order to participate in bidding. (0.3) | 0.40 | 395.00 | 158.00 |
| 04/30/14 | RJP | Receive voicemail from Mr. Sirower regarding status of sale documents and other matters in case; e-mail to Mr. Sirower reporting status. (0.3) Reply to e-mail from party interested in purchase of Springboro Pike properties. (0.1) | 0.40 | 395.00 | 158.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees** | 19.30 | | **7,630.00** |
| | | **Total Fees and Disbursements** | | | 7,630.00 |
| | | **Total Current Charges** | | | **7,630.00** |

# WOOD **&** LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

May 27, 2014
Invoice  465337

ID: 105119-00004 - HEM
Re: Business Operations

For Services Rendered Through April 30, 2014

| | |
|---|---|
| Current Fees | 1,664.00 |
| **Total Current Charges** | **1,664.00** |

Charge to: _____Visa _____Mastercard _____American Express _____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping LLP

| | |
|---|---|
| Lofino Properties, LLC | May 27, 2014 |
| Re: Business Operations | Invoice 465337 |
| I.D. 105119-00004 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/14 | RJP | Review e-mails between Messrs. Shapiro (Foresite) and Menninger regarding insurance on properties subject to Glicny mortgages. Review e-mail from Mr. Sanker inquiring regarding status of insurance on Sugarcreek strip center; conference with Mr. Menninger regarding same; e-mail to Mr. Sloan and request evidence of insurance after April 11, 2014 on Sugarcreek strip center. (0.2) Review insurance certificates received from Ms. Eddy, e-mail same to Mr. Sanker. (0.1) E-mails from and to Mr. McClatchey regarding motion to assume or reject allegedly executory contract of LCM. (0.1) | 0.40 | 395.00 | 158.00 |
| 04/03/14 | RJP | Telephone conference with Mr. Shapiro regarding insurance payments to be made and policies for protection of properties subject to Glicny mortgages, modifications to proposed budget for Glicny cash collateral order, and issues relating to payment of Ms. Hadac's fees and expenses. | 0.50 | 395.00 | 197.50 |
| 04/08/14 | RJP | Review e-mails and information received from Mr. Michael Lofino, Jr. regarding Office Max. Revise letter to Office Max regarding improper effort to terminate lease. | 0.50 | 395.00 | 197.50 |
| 04/09/14 | RJP | Telephone conference with Messrs. Shapiro and Richards (Foresite) and Mr. Menninger (Trustee) regarding insurance coverage, passive listing of properties available for purchase or lease, detailed review of dispute with Office Max and information to be obtained to further support claim for monies owed to estate, lease renewal issues, and dispute with Hardee's. (1.5) Review with Mr. Menninger proposed letter to Office Max regarding breach of lease and effect on attempted early termination. (0.1) Review e-mail from Mr. Shapiro regarding reconciliations. (0.1) | 1.70 | 395.00 | 671.50 |
| 04/15/14 | HEM | Complete review and revisions to Foresite management agreement; correspondence to D. Shapiro regarding same. | 1.00 | 400.00 | 400.00 |
| 04/22/14 | RJP | E-mail to Mr. Menninger regarding Foresite management agreement. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **4.20** | | **1,664.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **1,664.00** |
| **Total Current Charges** | **1,664.00** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

**TERMS: Payable Upon Receipt**
**SERVICE CHARGE AFTER 30 DAYS**

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

May 27, 2014
Invoice  465338

ID: 105119-00005 - HEM
Re:Case Administration

For Services Rendered Through April 30, 2014

| | |
|---|---|
| Current Fees | 3,240.00 |
| **Total Current Charges** | **3,240.00** |

Charge to: _____Visa  _____Mastercard  _____American Express  _____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping LLP

| | |
|---|---|
| Lofino Properties, LLC | May 27, 2014 |
| Re: Case Administration | Invoice 465338 |
| I.D. 105119-00005 - HEM | Page 2 |

| | | Fees | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 04/04/14 | RJP | Review orders entered in case continuing hearing on debtors' applications to employ counsel and fixing claims bar date, calendar deadlines. Review proposed order fixing time to assume or reject allegedly executory contract, e-mail to Mr. Menninger to verify timing. Conference with Mr. Menninger regarding status of pending matters and actions to be taken in case. | 0.60 | 395.00 | 237.00 |
| 04/08/14 | RJP | Review proposed order fixing date for assumption or rejection of agreement with LCM Management; e-mail consent to sign and upload order to Mr. McClatchey. (0.1) Review documents. Prepare amendment to schedule F. File and serve same. (0.4) | 0.50 | 395.00 | 197.50 |
| 04/10/14 | RJP | Telephone conference with Mr. Sirower regarding cash collateral, plan, sale of property subject to Glicny mortgages, and revisions to order on Ms. Hadac's application for compensation and reimbursement of expenses. (0.5) E-mail to Ms. Werner (assistant) regarding amending schedule G. E-mails to and from Messrs. Sloan and Richards regarding rent rolls and potential claims against debtors. (0.3) Review e-mails among Messrs. Menninger, Sloan, and Shapiro regarding information needed for operating reports. (0.1) | 0.90 | 395.00 | 355.50 |
| 04/11/14 | RJP | Telephone conference with Messrs. Kin and Shaneyfelt regarding developments in case, including status of plan and disclosure statement, sale procedures motion and sale motion for Glicny collateral, amendments to schedules F and G, and order for payment of Foresite's fees and expenses. (0.3) Revise amendments to schedules F and G, file and serve same. (0.4) Conference with Mr. Menninger regarding developments in case. (0.1) | 0.80 | 395.00 | 316.00 |
| 04/12/14 | RJP | Review e-mails from bankruptcy court confirming recent filings and deficiency notices, verify deficiencies have been cured. | 0.20 | 395.00 | 79.00 |
| 04/14/14 | HEM | Review order fixing proposed claims deadline; Receive and process order on Motion to Extend/Shorten Time; order to reset hearing on Hadac/Foresite Motions and process amended schedules. | 0.20 | 400.00 | 80.00 |
| 04/16/14 | RJP | Telephone conference with Messrs. Kin and Shaneyfelt regarding status of payments due from Mr. Lofino and developments in case. (0.4) Conference with Mr. Menninger regarding foregoing and actions to be taken. (0.2) E-mail to all parties who entered appearances to schedule conference call to discuss status and direction of case and pending matters; review replies and e-mails from and to Mr. Sirower regarding conference call. (0.3) Prepare agenda for conference call and review same with Mr. Menninger. (0.3) Instruct Ms. Werner to set up conference call. (0.1) | 1.30 | 395.00 | 513.50 |
| 04/17/14 | RJP | Reply to e-mail from Mr. McClatchey's assistant regarding his | 2.10 | 395.00 | 829.50 |

### Wood & Lamping, L.L.P.

| | | | | | |
|---|---|---|---|---|---|
| Lofino Properties, LLC | | | | | May 27, 2014 |
| I.D. 105119-00005 - HEM | | | | | Invoice  465338 |
| Re: Case Administration | | | | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | unavailability for telephone conference with parties. (0.1) Finalize agenda for status conference call with parties; e-mail same and dial-in instructions for conference call to participating counsel. (0.2) Prepare for conference call with parties. (0.3) Telephone conference with Ms. Jackson in preparation for conference call and U.S. Trustee's position on issues to be discussed. (0.4) Conduct conference call with Messrs. Stitt, Sirower, Blomgren, Friedberg, Kin, Shaneyfelt, and Menninger, Ms. Guthrie, Ms. Jackson, and Ms. Cooper; discuss status of plan and disclosure statement, proposed treatment of creditors, cash collateral orders, touch upon issues relating to sale or disposition of property subject to Glicny's mortgages and lien claims, Foresite's application for compensation, employment of Mr. Gibbs nunc pro tunc on real estate tax appeals, status of debtors' applications to employ Messrs. Kin and Shaneyfelt, claims bar date and supplemental claims bar date, and ordinary course payments to be made to property managers. (0.5) Telephone conference with Mr. McClatchey regarding matters covered at telephonic status conference, effect of bar date on filing of claim by LCM Management given assumption or rejection issue, and stipulation to extend time for same. (0.5) Return calls to Mr. Kin, left messages. (0.1) | | | |
| 04/18/14 | RJP | Reply to e-mail from Mr. Shaneyfelt regarding funds held as First Financial cash collateral and status of sale of Glicny collateral. | 0.10 | 395.00 | 39.50 |
| 04/24/14 | RJP | Reply to e-mail from Mr. McClatchey regarding identity of property managers. (0.1) Telephone conference with Ms. Clair (counsel for Panera Breads) regarding status of case, claim to be filed in case, and interest in out lot. (0.6) Conference with Mr. Menninger regarding foregoing. (0.1) | 0.80 | 395.00 | 316.00 |
| 04/29/14 | RJP | Conference with Mr. Menninger regarding decision to be made on motion to assume or reject LCM agreement. (0.1) Voicemail to Mr. McClatchey regarding same, prepare proposed stipulation and agreed order extending time to assume or reject, e-mail same to Mr. McClatchey. (0.4) | 0.50 | 395.00 | 197.50 |
| 04/30/14 | RJP | Review e-mail from Mr. McClatchey approving stipulation extending time for trustee to assume or reject LCM contract and discussing proof of claim erroneous filings to be corrected. Execute stipulation and agreed order on behalf of Mr. McClatchey and upload same. | 0.20 | 395.00 | 79.00 |

|  | Total Fees | 8.20 | 3,240.00 |
|---|---|---|---|
|  | Total Fees and Disbursements | | 3,240.00 |
|  | **Total Current Charges** | | **3,240.00** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

May 27, 2014
Invoice  465339

ID: 105119-00006 - HEM
Re: Claim Administration and Objection

For Services Rendered Through April 30, 2014

| | |
|---|---|
| Current Fees | 988.00 |
| **Total Current Charges** | **988.00** |

| | | | |
|---|---|---|---|
| Charge to: ____Visa | ____Mastercard | ____American Express | ____Discover Card |
| Account #: _____ | | Exp. Date: _____ | |
| Name: _____ | | Signature: _____ | Amount: $_____ |

## Wood & Lamping LLP

| Lofino Properties, LLC | May 27, 2014 |
|---|---|
| Re: Claim Administration and Objection | Invoice 465339 |
| I.D. 105119-00006 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/14 | HEM | Receive and process order establishing deadline for filing claims. | 0.10 | 400.00 | 40.00 |
| 04/08/14 | RJP | Update service list for notice of claims bar date, instruct Ms. Werner regarding same. File and serve same. | 0.60 | 395.00 | 237.00 |
| 04/14/14 | RJP | Review motion and order fixing claims bar date, prepare order supplementing order fixing claims bar date, instruct Ms. Werner to upload same and report to Mr. Menninger regarding same. | 0.80 | 395.00 | 316.00 |
| 04/15/14 | RJP | Prepare notice of amendment to schedules and supplemental claims bar date, instruct Ms. Werner regarding filing and service of same. | 0.70 | 395.00 | 276.50 |
| 04/23/14 | RJP | Return call to Mr. McClatchey regarding claims bar date orders. | 0.10 | 395.00 | 39.50 |
| 04/26/14 | RJP | Review proof of claim received from Ms. Clair for Breads of the World. | 0.20 | 395.00 | 79.00 |

|  | Total Fees | 2.50 | 988.00 |
|---|---|---|---|
|  | Total Fees and Disbursements |  | 988.00 |
|  | Total Current Charges |  | 988.00 |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

May 27, 2014
Invoice  465340

ID: 105119-00008 - HEM
Re: Fee/Employment Applications

For Services Rendered Through April 30, 2014

| | | |
|---|---|---|
| Current Fees | 79.00 | |
| Total Current Charges | | 79.00 |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $ _____

## Wood & Lamping  LLP

Lofino Properties, LLC
Re: Fee/Employment Applications
I.D. 105119-00008 - HEM

May 27, 2014
Invoice  465340
Page  2

| | | Fees | | | |
|---|---|---|---|---|---|
| Date | Atty | Description | Hours | Rate | Amount |
| 04/28/14 | RJP | Review monthly statements prior to service of same. | 0.20 | 395.00 | 79.00 |
| | | **Total Fees** | **0.20** | | **79.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **79.00** |
| **Total Current Charges** | **79.00** |

# WOOD 🌑 LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

**TERMS: Payable Upon Receipt**
**SERVICE CHARGE AFTER 30 DAYS**

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

May 27, 2014
Invoice  465341

ID: 105119-00009 - HEM
Re:Fee/Employment Objections

For Services Rendered Through April 30, 2014

| | |
|---|---|
| Current Fees | 633.00 |
| **Total Current Charges** | **633.00** |

Charge to: _____Visa   _____Mastercard   _____American Express   _____Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC<br>Re: Fee/Employment Objections<br>I.D. 105119-00009 - HEM | May 27, 2014<br>Invoice 465341<br>Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/14 | RJP | Review proposed order approving payment of Ms. Hadac's fees and expenses, e-mails from and to Messrs. Sanker and Menninger regarding same, consider issues raised by Mr. Sanker and how best to address same. | 0.40 | 395.00 | 158.00 |
| 04/08/14 | RJP | Reply to e-mail from Ms. Guthrie regarding agreement requested from Glicny concerning payment of Receiver and Foresite fees and expenses. | 0.10 | 395.00 | 39.50 |
| 04/09/14 | RJP | Receive e-mail from Mr. Curry (Quarles & Brady, counsel for Glicny) requesting Word document for order approving Receiver's fee application; e-mail same to Mr. Curry. | 0.10 | 395.00 | 39.50 |
| 04/11/14 | RJP | Review comments from Glicny's counsel to revised order for payment of compensation and reimbursement of expenses to Ms. Hadac (former Receiver) and Foresite Realty. Telephone conference with Mr. Sirower regarding same and conference with Mr. Menninger regarding same. Review e-mail from Ms. Guthrie to Mr. Curry regarding proposed order. | 0.30 | 395.00 | 118.50 |
| 04/15/14 | HEM | Review Sanker correspondence regarding Hadac fees; conference with Ray Pikna regarding same. | 0.20 | 400.00 | 80.00 |
| 04/16/14 | RJP | Review Mr. Menninger's request for information on professional fees and obtain information necessary to reply to same. (0.2) Review proposed order and reply to e-mail from Ms. Guthrie regarding issues with proposed order approving Foresite's fee application. (0.3) | 0.50 | 395.00 | 197.50 |

| | | |
|---|---|---|
| **Total Fees** | **1.60** | **633.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **633.00** |
| **Total Current Charges** | **633.00** |

# WOOD ⊛ LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

May 27, 2014
Invoice  465342

ID: 105119-00010 - HEM
Re: Financing

For Services Rendered Through April 30, 2014

| | |
|---|---|
| Current Fees | 3,043.50 |
| **Total Current Charges** | **3,043.50** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____    Exp. Date: _____
Name: _____    Signature: _____    Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | May 27, 2014 |
| Re: Financing | Invoice  465342 |
| I.D. 105119-00010 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/14 | RJP | Review third interim cash collateral order with First Financial Bank, e-mails to and from Mr. Sanker regarding same and proposed revisions. | 0.80 | 395.00 | 316.00 |
| 04/02/14 | HEM | Telephone conference with B. Sanker and Ray Pikna regarding revisions to cash collateral order and attempt to sychronize provisions with GLICNY proposed order. | 0.40 | 400.00 | 160.00 |
| 04/02/14 | RJP | Telephone conference with Messrs. Menninger and Sanker regarding cash collateral order issues. (0.4) Reply to e-mail from Mr. Woods regarding payment of budgeted ordinary operating expenses on properties subject to Glicny mortgages. (0.1) Telephone conference with Messrs. Menninger and Sirower regarding Glicny cash collateral issues, sale motion, and carve-out to be provided upon completion of sale. (0.8) Update Glicny cash collateral order and e-mail same to Messrs. Sirower and Blomgren. (0.2) Review revised cash collateral order with First Financial Bank. (0.5) Conference with Mr. Menninger, obtain budget information and discuss carve-out issues with Glicny. (0.5) | 2.50 | 395.00 | 987.50 |
| 04/03/14 | RJP | Review e-mails from Mr. Sanker. Review revised third interim cash collateral order with First Financial Bank, conference with Mr. Menninger regarding proposed revisions to same, e-mail to Mr. Sanker regarding foregoing. (0.4). Review prior budgets for interim cash collateral order with Glicny, note proposed revisions and e-mail to Mr. Richards (Foresite) requesting updated budget. (0.5) | 0.90 | 395.00 | 355.50 |
| 04/07/14 | RJP | Review updated budget received from Mr. Shapiro (Foresite) and reply to questions from Mr. Shapiro. E-mail revised budget and explanation of same to Messrs. Sirower and Blomgren. Reply to e-mail from Mr. Sirower. | 0.80 | 395.00 | 316.00 |
| 04/11/14 | RJP | Telephone conference with Mr. Sirower regarding cash collateral order with Glicny and Second Budget. Conference with Mr. Menninger regarding same. (0.4) Revise proposed order to incorporate changes requested by Mr. Sirower and Mr. Menninger and to correct technical errors, e-mail same and marked-up budget to Messrs. Sirower and Blomgren. E-mail marked-up budget to Messrs. Shapiro and Richards and request clean version of same. (1.2) | 1.60 | 395.00 | 632.00 |
| 04/28/14 | RJP | Finalize second interim cash collateral order with Glicny, e-mails to and from Glicny's counsel regarding same. | 0.50 | 395.00 | 197.50 |
| 04/29/14 | RJP | E-mail second interim cash collateral order with Glicny to Messrs. Kin and Shaneyfelt. | 0.20 | 395.00 | 79.00 |
| | | **Total Fees** | **7.70** | | **3,043.50** |

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | May 27, 2014 |
| Re: Financing | Invoice  465342 |
| I.D. 105119-00010 - HEM | Page 3 |

| | |
|---|---|
| Total Fees and Disbursements | 3,043.50 |
| Total Current Charges | 3,043.50 |

# WOOD ⬤ LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

May 27, 2014
Invoice  465343

ID: 105119-00011 - HEM
Re: Litigation

For Services Rendered Through April 30, 2014

| | |
|---|---|
| Current Fees | 39.50 |
| **Total Current Charges** | **39.50** |

| | | | | |
|---|---|---|---|---|
| Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card | | | | |
| Account #: _____ | Exp. Date: _____ | | | |
| Name: _____ | Signature: _____ | Amount: $ _____ | | |

## Wood & Lamping  LLP

| Lofino Properties, LLC | May 27, 2014 |
|---|---|
| Re: Litigation | Invoice  465343 |
| I.D. 105119-00011 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/14 | RJP | E-mails to and from Mr. Kin regarding copies of pleadings in state court collection litigation. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **0.10** | | **39.50** |

| | |
|---|---|
| **Total Fees and Disbursements** | **39.50** |
| **Total Current Charges** | **39.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

May 27, 2014
Invoice  465344

ID: 105119-00013 - HEM
Re: Plan and Disclosure Statement

For Services Rendered Through April 30, 2014

| | |
|---|---|
| Current Fees | 6,517.50 |
| **Total Current Charges** | **6,517.50** |

| Charge to: | _____ Visa | _____ Mastercard | _____ American Express | _____ Discover Card |
|---|---|---|---|---|

Account #: _____    Exp. Date: _____

Name: _____    Signature: _____    Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | May 27, 2014 |
| Re: Plan and Disclosure Statement | Invoice  465344 |
| I.D. 105119-00013 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/08/14 | RJP | Telephone conference with Mr. Sanker regarding status of review of plan and disclosure statement. | 0.10 | 395.00 | 39.50 |
| 04/09/14 | RJP | Detailed analysis of revised plan received from Mr. Sanker, revise same, conference with Mr. Menninger regarding substantive issues and approach to dispose of same. E-mail revised plan to Messrs. Sanker and Stitt. | 4.00 | 395.00 | 1,580.00 |
| 04/10/14 | RJP | Reply to Mr. Sanker's e-mail regarding scheduling conference call. Telephone conference with Messrs. Sanker, Stitt, and Menninger regarding proposed chapter 11 plan. (1.3) Revise disclosure statement. (2.0) | 3.30 | 395.00 | 1,303.50 |
| 04/11/14 | RJP | Revise disclosure statement received from Mr. Sanker, e-mail proposed revisions to Messrs. Sanker and Stitt. Review e-mails from Mr. Sanker. | 2.50 | 395.00 | 987.50 |
| 04/16/14 | RJP | Telephone conference with Messrs. Sanker, Stitt, and Menninger regarding status of case and filing of plan. (0.3) Review revised plan and e-mail additional proposed revisions to Messrs. Sanker and Stitt. Review e-mail from Mr. Stitt; voicemail to Mr. Stitt regarding same, review further revisions based on voicemail, and reply to e-mail from Mr. Stitt regarding same. (0.8) Review updated revised plan and e-mail to Mr. Stitt regarding technical revisions and point of clarification. (0.5) | 1.60 | 395.00 | 632.00 |
| 04/17/14 | RJP | Review e-mail from Mr. Stitt and additional revisions to plan pursuant to request by Trustee's counsel for clarification and reply to same. (0.1) Telephone conference with Messrs. Sanker and Stitt regarding completing and filing plan, disclosure statement, and exhibits, and matters discussed during status telephone conference. (0.4) | 0.50 | 395.00 | 197.50 |
| 04/21/14 | RJP | Revise disclosure statement, e-mail same to Messrs. Sanker and Stitt. | 1.50 | 395.00 | 592.50 |
| 04/22/14 | RJP | E-mails to and from Mr. Sloan regarding information needed for plan and disclosure statement. (1.0) E-mail to Mr. Richards regarding information needed for sale motion, plan, and disclosure statement. (0.4) Telephone conference with Mr. Shapiro regarding information requested from Mr. Richards, status of payment of Foresite's fees, status of management agreement, and request that Foresite's concerns be addressed. (0.6) | 2.00 | 395.00 | 790.00 |
| 04/25/14 | RJP | Telephone conference with Mr. Sanker regarding telephone conference with counsel for Breads of the World, interest in properties, and issues potentially affecting plan. (0.1) Review revised plan and disclosure statement, e-mail suggested modifications to some of the revisions to Mr. Sanker for consideration. (0.4) E-mails from and to Mr. Sloan regarding preparation of financial information for disclosure statement. (0.2) | 0.70 | 395.00 | 276.50 |

**Wood & Lamping, L.L.P.**

| | |
|---|---|
| Lofino Properties, LLC | May 27, 2014 |
| I.D. 105119-00013 - HEM | Invoice 465344 |
| Re: Plan and Disclosure Statement | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/26/14 | RJP | Review revised plan and disclosure statement, e-mail to First Financial's counsel regarding timing of delivery of exhibits. | 0.20 | 395.00 | 79.00 |
| 04/30/14 | RJP | Review voicemail from Mr. Stitt and telephone conference with Mr. Stitt regarding completing exhibits for plan and disclosure statement. | 0.10 | 395.00 | 39.50 |

| | | |
|---|---|---|
| **Total Fees** | **16.50** | **6,517.50** |

| | |
|---|---|
| **Total Fees and Disbursements** | **6,517.50** |
| **Total Current Charges** | **6,517.50** |