# WOOD ⬤ LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

---

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

June 30, 2014
Invoice  466211

ID: 105119-00003 - HEM
Re: Asset Disposition

For Services Rendered Through May 31, 2014

| | |
|---|---|
| Current Fees | 31,745.50 |
| **Total Current Charges** | **31,745.50** |

Charge to: _____ Visa  _____ Mastercard  _____ American Express  _____ Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $ _____

## Wood & Lamping  LLP

| Lofino Properties, LLC | June 30, 2014 |
|---|---|
| Re: Asset Disposition | Invoice  466211 |
| I.D. 105119-00003 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/14 | RJP | Revise draft sale motion received from Glicny's counsel. (3.8) Review e-mail from Mr. Sirower and reply to same regarding status of various matters in case and revised sale motion. (0.3) Revise sale procedures motion received from Glicny's counsel. (2.3) E-mail same to Mr. Sirower. (0.1) E-mail to Mr. Menninger regarding sale and sale procedures motions. (0.3) | 6.80 | 395.00 | 2,686.00 |
| 05/03/14 | RJP | Obtain and e-mail appraisals for Springboro Pike properties to prospective buyer. (0.2) Work on emergency motion for expedited hearings and reduced notice on sale motion and sale procedures motion, and proposed order approving same; e-mail drafts of motion and proposed order to counsel for Glicny Real Estate Holding, LLC; work on sale procedures motion (4.5) Begin work on notice of sale motion and sale procedures motion. (0.3) | 5.00 | 395.00 | 1,975.00 |
| 05/04/14 | RJP | Work on notice of sale motion and sale procedures motion; e-mail same to counsel for Glicny. | 0.70 | 395.00 | 276.50 |
| 05/05/14 | RJP | E-mails from and to Ms. Clair regarding interest of Breads of the World in acquiring outlot subject to First Financial mortgage and plan provisions. (0.3) E-mails to and from Mr. Shapiro regarding cure issues relating to Glicny collateral and sale motion. (0.3) | 0.60 | 395.00 | 237.00 |
| 05/06/14 | RJP | Reply to e-mail from Mr. Shapiro regarding CAM reconciliations related to assumption and assignment of leases. (0.1) Prepare exhibit A to sale motion (list of executory contracts and unexpired leases); review sale motion prior to filing and determine that technical changes sent May 2 to Glicny's counsel had not been approved when Glicny comments were delivered to us; e-mail and telephone conference with Mr. Sirower regarding same. Telephone conference with Ms. Hensley regarding scheduling disclosure hearing and emergency motions relating to sale of Glicny collateral and availability of Court for expedited hearings. Telephone conference with Mr. Sirower regarding developments and Court's availability for expedited hearings. E-mail to Mr. Sirower regarding need for final approval of sale motion, review reply. Prepare expanded service list to include parties who expressed interest in acquiring property to be sold. Telephone conference with Mr. Sirower regarding bid deadline for sale procedures. Finalize sale procedures motion. Prepare separate emergency motions to request reduction of time of notice and expedited hearings on sale procedures motion and sale motion, respectively. Prepare exhibit A (proposed orders) for each emergency motion. Revise notice of filing of motions and requests for expedited hearings. Instruct Ms. Werner to file sale motion, sale procedures motion, emergency motion relating to sale motion, emergency motion relating to sale procedures motion, and notice. Conference with Ms. Werner regarding filing of "amended" | 6.10 | 395.00 | 2,409.50 |

### Wood & Lamping, L.L.P.

| Lofino Properties, LLC | | | | | June 30, 2014 |
|---|---|---|---|---|---|
| I.D. 105119-00003 - HEM | | | | | Invoice 466211 |
| Re: Asset Disposition | | | | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | emergency motion relating to sale motion due to inadvertent omission of exhibit. Review downloaded documents after filing, service list filed with court is only partial service list and not the full list attached to copies of documents being served. Prepare amended certificate of service for all documents related to sale of Glicny collateral. Supervise filing and service of documents. Finalize and upload proposed orders approving emergency motions. (6.0) | | | |
| 05/06/14 | RJP | Deliver service packages of sale motion, sale procedures motion, emergency motions relating to foregoing and requests to shorten notice period and for expedited hearings, notice of foregoing, and amended certificate of service to post office prior to last mail pickup. (NO CHARGE). | 0.70 | 0.00 | 0.00 |
| 05/07/14 | RJP | Conference with Mr. Menninger regarding inquiry from Mr. Sanker concerning Glicny sale motion; request information from staff regarding Wood & Lamping fees and expenses to date and reply to Mr. Sanker. (0.3) Reply to e-mail from Mr. Shaneyfelt regarding carve out in Glicny sale motion. (0.1) Prepare notice of entry of orders reducing time of notice and setting expedited hearings, file and serve same. (0.5) E-mails to and from counsel for Glicny regarding confidentiality agreement to be submitted to potential bidders; preliminary review of form of confidentiality agreement. (0.3) | 1.20 | 395.00 | 474.00 |
| 05/08/14 | RJP | Conference with Mr. Menninger regarding timing of final hearing on Glicny stay relief motion relative to proposed sale. E-mails from and to Mr. McClatchey regarding Glicny sale. Conference with Mr. Menninger regarding inquiry from Mr. McClatchey. (0.5) Prepare confidentiality agreement to be delivered to potential bidder at Glicny sale. (0.5) | 1.00 | 395.00 | 395.00 |
| 05/09/14 | RJP | Review e-mails between Mr. Menninger and Mr. McClatchey regarding Sugarcreek property. Conference with Mr. Menninger regarding confidentiality agreement to be provided to potential buyer, revise agreement, e-mail same to potential buyer. (0.5) Work on order approving motion for sale procedures. (1.5) | 2.00 | 395.00 | 790.00 |
| 05/10/14 | RJP | Reply to e-mail from Mr. Menninger regarding CAM reconciliation issues with Panera Breads. | 0.10 | 395.00 | 39.50 |
| 05/12/14 | RJP | Review e-mail from Ms. Clair regarding sale of properties subject to Glicny mortgages and possible impact on Breads of the World; e-mail to Ms. Clair and refer her to Mr. Menninger during my absence from office; e-mails to Mr. Menninger regarding foregoing. | 0.20 | 395.00 | 79.00 |
| 05/13/14 | RJP | Review e-mail from Mr. Sirower's office, e-mail to Mr. Menninger regarding hearing scheduled on objection to sale of properties subject to Glicny mortgages and outline concepts for consideration to resolve dispute. | 0.20 | 395.00 | 79.00 |
| 05/14/14 | RJP | E-mails from and to Mr. Menninger regarding bidder interested in | 1.30 | 395.00 | 513.50 |

### Wood & Lamping, L.L.P.

| | | | | | |
|---|---|---|---|---|---|
| Lofino Properties, LLC | | | | | June 30, 2014 |
| I.D. 105119-00003 - HEM | | | | | Invoice 466211 |
| Re: Asset Disposition | | | | | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | properties on Springboro Pike. Research background of potential bidder on-line. E-mails from and to Mr.Menninger regarding confidentiality agreement to be prepared. (0.5) Review e-mails regarding objection to sale of properties subject to Glicny mortgages; consider issues presented and potential solutions; e-mails to and from Mr. Menninger and telephone conferences with Mr. Menninger regarding same, hearing to be held, and strategy for proceeding. (0.8) | | | |
| 05/14/14 | HEM | Review and analysis of Panera position on bid procedures and lease problem with Panera; correspondence with B. Sirower and B. Clair regarding same, and possible resolution of issues prior to hearing. | 2.50 | 400.00 | 1,000.00 |
| 05/15/14 | RJP | Telephone conference with Mr. Menninger regarding preparations for hearing. Review e-mail from Mr. Kin regarding affidavit of facts relating to Breads of the World leasehold. Review e-mail from Mr. Rosemeyer regarding same. (0.5) Review e-mail from Mr. Menninger regarding hearing; reply to same and e-mails from and to Mr. Menninger regarding cure issues. (0.5) | 1.00 | 395.00 | 395.00 |
| 05/15/14 | HEM | Document review and analysis; Preparation for meeting on sale motion and bid procedures for Southland 75 and Springboro Pike big box; also for discussion on Wilmington Pike big box; conference calls, e-mails and telephone conferences regarding Panera Bread issue; analysis; continuance of Bid procedures motion on Wilmington Pike until 5/22; Attend to Order approving sale procedures; attend to cure claim analysis. | 7.50 | 400.00 | 3,000.00 |
| 05/15/14 | MJM | Research and analysis of Notice of Cure Claims on executory contracts.  Correspondence with HEM regarding same. | 2.80 | 185.00 | 518.00 |
| 05/16/14 | RJP | Review e-mails regarding rent rolls and cure amount issues, e-mails to and from Mr. Menninger regarding same. (0.2) Telephone conference with Mr. Menninger regarding status of case and actions to be taken. (0.3) E-mails to and from Mr. Menninger regarding confidentiality agreements to be sent to prospective bidders. (0.2) | 0.70 | 395.00 | 276.50 |
| 05/16/14 | HEM | Attend to Order Approving Bid Predecures; attend to cure claim issues; prepare and forward confidentiality agreement to Viking Partners; correspondence with B. Clair and B. Sirower regarding changes to Bid procedures order. | 2.30 | 400.00 | 920.00 |
| 05/19/14 | HEM | Attend to cure claim issues on Southland and Cub Foods I including correspondence with Len Richards regarding same; and forward my cure claim analysis to Brian Sirower; correspondence w. prospective bidders regarding NDA's. | 1.80 | 400.00 | 720.00 |
| 05/19/14 | HEM | Attend to confidentiality agreement for Everest Group as potential bidder. | 0.40 | 400.00 | 160.00 |
| 05/20/14 | RJP | Conference with Mr. Menninger regarding cure notice and propose revisions to text of cure notice. (0.2) Review information in drop box set up by Foresite. E-mails to proposed buyers who | 0.70 | 395.00 | 276.50 |

**Wood & Lamping, L.L.P.**

| | | |
|---|---|---|
| Lofino Properties, LLC | | June 30, 2014 |
| I.D. 105119-00003 - HEM | | Invoice 466211 |
| Re: Asset Disposition | | Page 5 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | signed confidentiality agreements directing them to drop box and providing additional information regarding proposed sale. (0.5) | | | |
| 05/21/14 | RJP | Review e-mail from prospective bidder regarding stalking horse bid and auction procedures, reply to same. (0.2) Review e-mails between Messrs. Sanker and Menninger regarding Cub Foods II issues. Conference with Mr. Menninger regarding Cub Foods II issues. Telephone conference with Messrs. Menninger, Sirower, and Blomgren regarding continuing hearing on Cub Foods II sale procedures motion and options for resolving Breads of the World lease issues. Telephone conference with Mr. Menninger and Ms. Clair regarding same. Telephone conference with Ms. Baxley regarding continuing hearing. E-mail to counsel reporting continuance of hearing. Prepare second order continuing hearing on Cub Foods II sale procedures motion and e-mail same to counsel for comments. Review e-mails from Ms. Clair and Mr. Sirower regarding same. Conference with Mr. Menninger regarding discussions with Messrs. Kin and Shaneyfelt. (2.0) | 2.20 | 395.00 | 869.00 |
| 05/22/14 | RJP | Review e-mails from Mr. Sirower and Ms. Clair, e-mails to and from Mr. Sloan requesting information sought by Glicny and Breads of the World to address issues surrounding Panera lease and sale of vacant Cub Foods store on Wilmington Pike. (0.8) Receive voicemail from Mr. Sirower, conference with Mr. Menninger to confirm Trustee's position on issues and voicemail to Mr. Sirower. (0.2) Telephone conference with Mr. Sirower regarding order continuing hearing on Wilmington Pike sale procedures, scheduling conference call with Breads of the World, and scheduling meeting. (0.3) Telephone conference with Ms. Clair regarding resolution of order continuing hearing on Wilmington Pike sale procedures, scheduling conference call, and meeting requested by Glicny. (0.4) Revise order continuing hearing on sale procedures motion as it relates to Cub Foods II, upload same. (0.2) Telephone conference with Mr. Orlov (Viking Partners) regarding sale procedures and additional information needed for due diligence, e-mail to Mr. Sloan regarding same. (0.4) Conference with Mr. Menninger regarding developments, actions to be taken, and time line for sale of Cub Foods II. (0.3) E-mail to Mr. Orlov regarding sale procedures and actions to be taken. (0.3) E-mail to Mr. Sirower regarding status of scheduling conference calls and meetings, and competing bidder. (0.1) | 3.00 | 395.00 | 1,185.00 |
| 05/23/14 | RJP | Review e-mails from Mr. Sloan and information on payments from Breads of the World since March 2013; reply to same. E-mail financial information to Mr. Sirower as well as First Financial cash collateral account balance; e-mails to and from Ms. Clair regarding same. E-mail due diligence information and wiring instructions to potential bidder, e-mail wiring instructions to two other potential bidders. Telephone conference with Mr. Sirower regarding foregoing, timing of conference call, and e-mail second | 4.20 | 395.00 | 1,659.00 |

**Wood & Lamping, L.L.P.**

| | | | | | |
|---|---|---|---|---|---|
| Lofino Properties, LLC | | | | | June 30, 2014 |
| I.D. 105119-00003 - HEM | | | | | Invoice 466211 |
| Re: Asset Disposition | | | | | Page 6 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | order continuing hearing on Cub Foods II sale procedures that was uploaded to Mr. Sirower. Telephone conference with Mr. Stitt regarding partipating in conference call, e-mail financial information and cash collateral account balance to Messrs. Sanker and Stitt. Telephone conference with Ms. Clair regarding conference call and review outline of proposal to be made by Breads of the World to resolve lease issues. Conference with Mr. Menninger regarding developments. (2.5) E-mail dial-in information and coordinate conference call. Telephone conference with Mr. Blomgren (for Glicny), Ms. Clair (for Breads of the World), Messrs. Sanker and Stitt (for First Financial), and Mr. Menninger regarding Breads of the World proposal to acquire property subject to its lease. (0.5) Subsequent telephone conference with Messrs. Sanker and Stitt regarding foregoing. (0.3) Conference with Mr. Menninger regarding actions to be taken. (0.2) Review information received from Mr. Sloan for buyer due diligence, reply to Mr. Sloan regarding additional information requested by proposed buyer and e-mail information received from Mr. Sloan to proposed buyer. (0.3) Review e-mail from Mr. Blomgren responding to Breads of the World proposal to acquire property, consider impact on negotiations, and e-mails to Mr. Menninger and to and from Ms. Clair regarding same. (0.4) | | | |
| 05/27/14 | RJP | E-mail additional information received from Mr. Sloan to prospective bidders. Review e-mail from Ms. Clair to Mr. Sirower regarding response to Breads of the World purchase offer. (0.3) Conference with Mr. Menninger regarding same and impact on case. (0.2) Telephone conference with Messrs. Kin, Shaneyfelt, and Menninger regarding prospective sale and Breads of the World issues. (0.6) Telephone conference with Mr. Sirower regarding status of negotiations with Breads of the World and scheduling meeting with Trustee. (0.1) Telephone conference with Ms. Clair and Mr. Stitt regarding Breads of the World leasehold issues and options for resolving same. (0.8) Telephone conference with in-house counsel for Edward Jones (tenant) regarding status of case. (0.5) Instruct Ms. Werner (assistant) regarding scheduling conference rooms for meeting with Glicny representative and counsel and for auction sale, as well as to obtain court reporter. (0.1) | 2.60 | 395.00 | 1,027.00 |
| 05/27/14 | HEM | Review cross-easement documents. | 1.00 | 400.00 | 400.00 |
| 05/28/14 | RJP | Review e-mail from Mr. Menninger regarding absence of bids for Southland Property and conference with Mr. Menninger regarding Breads of the World issues, Mr. Menninger's review of documents, sale of Southland Property, and actions to be taken. (0.4) Telephone conference with Ms. Clair regarding Breads of the World issues and its position relative to proposed sale of Cub Foods II. (0.5) Telephone conference with courtroom deputy to confirm hearing schedule. (0.1) Reply to e-mails from Mr. Stitt | 7.20 | 395.00 | 2,844.00 |

### Wood & Lamping, L.L.P.

| | | | | | |
|---|---|---|---|---|---|
| Lofino Properties, LLC | | | | | June 30, 2014 |
| I.D. 105119-00003 - HEM | | | | | Invoice 466211 |
| Re: Asset Disposition | | | | | Page 7 |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | regarding Trustee's position with respect to Glicny's 362 motion and status of bids. (0.1) Attend part of telephone conference with Messrs. Menninger and Sanker regarding Breads of the World issues. (0.1) Conference with Mr. Menninger, Mr. Sirower, and Ms. Longstreet (Genworth Manager, Special Assets), conference with Mr. Menninger while Mr. Sirower conferred with Ms. Longstreet, telephone conference with Mr. Menninger, Mr. Sirower, and Ms. Longstreet, then with foregoing and Ms. Clair, regarding Breads of the World lease issues and attempt to negotiate resolution of same. (2.8) Conference with Mr. Menninger, then Mr. Menninger and Mr. Sirower, regarding developments and actions to be taken. (0.4) E-mail to Messrs. Sanker and Stitt regarding communicating with Glicny's counsel. (0.1) Revise draft order approving sale motion for Southland Property received from Mr. Gabriel (Quarles & Brady). (2.0) E-mail revised draft order to counsel for Glicny. (0.1) Work on motion for order confirming sale of Southland Property and proposed order approving motion. (0.6) | | | |
| 05/28/14 | HEM | Continue reviewing easement language and legal descriptions on Panera Lease, First Financial mortgage and Glicny mortgage; meeting with Brian Sirower and Marjorie Longstreet; telephone conference. with Ray Pikna, Brian Sirower, Marjorie, and Bonnie Clair; telephone conference with Bob Sanker and Jason Stitt regarding possible resolutions to Panera problem; monitor Pikna correspondence regarding lack of progress on the issue. | 4.80 | 400.00 | 1,920.00 |
| 05/29/14 | RJP | Outline statements to be made on the record and prepare for auction sale. (0.4) Conference with Mr. Menninger regarding Breads of the World issues and First Financial's position. (0.1) Conference with Mr. Menninger, Mr. Sirower, and Ms. Longstreet regarding conduct of auction sale and status of sale procedures for Cub Foods II. (0.2) Conduct auction sale and arrange for delivery of transcript. (0.3) Post-auction conference with Mr. Sirower, Mr. Menninger, and Ms. Longstreet and provide drafts of documents to Mr. Sirower. (0.2) Telephone conference with Mr. Blomgren regarding deed and copy of title policy to be provided. (0.1) Outline proffers and arguments, prepare for hearings on sale motion and motion to confirm sale of Southland Property and on sale procedures motion for Cub Foods II. (1.0) Revise, file and serve motion for confirmation of sale of Southland Property. (0.3) To and from bankruptcy court in Dayton for hearings on sale motion for Southland Property and sale procedures motion for Cub Foods II; pre-hearing conference with Ms. Longstreet, Mr. Sirower, and Mr. Menninger; conduct hearing to confirm sale of Southland Property; post-hearing meeting with Mr. Menninger, Mr. Sirower, and Ms. Longstreet, and with Messrs. Shaneyfelt and Mallory when they arrived, and telephone conference with foregoing and Ms. Clair to continue negotiations | 9.40 | 395.00 | 3,713.00 |

**Wood & Lamping, L.L.P.**

| | | |
|---|---|---|
| Lofino Properties, LLC | | June 30, 2014 |
| I.D. 105119-00003 - HEM | | Invoice 466211 |
| Re: Asset Disposition | | Page 8 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding Breads of the World issues; represent Trustee and successfully argue in support of approval of sale procedures motion with respect to Cub Foods II; post-hearing conference with Mr. Mallory regarding Breads of the World issues and critical issues to be addressed; conference with Mr. Sirower regarding same. (5.8) Prepare Notice of (1) Deadline for Objecting to Sale Motion of Wilmington Pike Real Property Known as Cub Foods II, (2) Bid Deadline, (3) Auction Sale, and (4) Hearing on Sale Motion for Cub Foods II, e-mail same to counsel for Glicny and Trustee, review approval of Mr. Sirower to form of notice, and begin review of service list to verify all parties and potential buyers included. (1.0) | | | |
| 05/30/14 | RJP | Telephone conference with Ms. Clair regarding further thoughts concerning potential solutions for Breads of the World. (0.5) Conference with Mr. Menninger regarding same. (0.2) Review service list for notice of deadlines and hearing on Cub Foods II sale motion to verify all-inclusive, compare to schedules, amended schedules, and addresses in filed proofs of claim; file and serve notice. (1.0) Telephone conference with Mr. Sirower regarding Glicny proposals to address Breads of the World concerns. (0.5) E-mail to Mr. Menninger regarding developments. (0.1) | 2.30 | 395.00 | 908.50 |

| | | | |
|---|---|---|---|
| **Total Fees** | | **82.30** | **31,745.50** |
| | | | |
| **Total Fees and Disbursements** | | | **31,745.50** |
| **Total Current Charges** | | | **31,745.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

June 30, 2014
Invoice  466212

ID: 105119-00004 - HEM
Re: Business Operations

For Services Rendered Through May 31, 2014

| | |
|---|---|
| Current Fees | 39.50 |
| **Total Current Charges** | **39.50** |

Charge to: _____ Visa  _____ Mastercard  _____ American Express  _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | June 30, 2014 |
| Re: Business Operations | Invoice  466212 |
| I.D. 105119-00004 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/30/14 | RJP | E-mails to and from Mr. Shapiro regarding status of insurance on properties. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **0.10** | | **39.50** |
| | | **Total Fees and Disbursements** | | | **39.50** |
| | | **Total Current Charges** | | | **39.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

June 30, 2014
Invoice 466213

ID: 105119-00005 - HEM
Re: Case Administration

For Services Rendered Through May 31, 2014

| | |
|---|---|
| Current Fees | 1,303.50 |
| **Total Current Charges** | **1,303.50** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $ _____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | June 30, 2014 |
| Re: Case Administration | Invoice  466213 |
| I.D. 105119-00005 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/01/14 | RJP | Conferences with Mr. Menninger regarding status of sale motion and sales procedure motion, plan, disclosure statement, cash collateral order with Glicny, order approving fees and expenses of Foresite Realty, information requested from Mr. Shapiro, and CAM charge issues. Reply to after-hours e-mails from Mr. Menninger regarding case. | 0.70 | 395.00 | 276.50 |
| 05/07/14 | RJP | Review orders entered by court, conference with Mr. Menninger regarding developments. | 0.20 | 395.00 | 79.00 |
| 05/09/14 | RJP | Prepare statement of trustee's position on property management agreement with LCM Investments Management, file and serve same. Prepare supplemental certificate of service for mailing service to be done on May 12, instruct staff regarding serving same. (0.6) Prepare timeline and to do list for upcoming hearings and filings to be completed. (0.7) | 1.30 | 395.00 | 513.50 |
| 05/14/14 | RJP | Review transcript of voicemail from Mr. Fitzsimmons and forward to Mr. Menninger. Review e-mail from Mr. Fitzsimmons regarding tax appeals and reply to same. | 0.20 | 395.00 | 79.00 |
| 05/15/14 | RJP | E-mails from and to Mr. Fitzsimmons regarding tax appeal issues. | 0.20 | 395.00 | 79.00 |
| 05/19/14 | RJP | Review pleadings entered in case while out of office. (0.2) Conference with Mr. Menninger regarding developments in case and issues presented. (0.5) | 0.70 | 395.00 | 276.50 |

| | Hours | Amount |
|---|---|---|
| **Total Fees** | **3.30** | **1,303.50** |

| | |
|---|---|
| **Total Fees and Disbursements** | **1,303.50** |
| **Total Current Charges** | **1,303.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

**TERMS: Payable Upon Receipt**
**SERVICE CHARGE AFTER 30 DAYS**

---

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP

,

June 30, 2014
Invoice  466214


ID: 105119-00006 - HEM
Re:Claim Administration and Objection


For Services Rendered Through May 31, 2014

---

| | |
|---|---|
| Current Fees | 276.50 |
| **Total Current Charges** | **276.50** |

---

Charge to: _____Visa   _____Mastercard   _____American Express   _____Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping LLP

| | |
|---|---|
| Lofino Properties, LLC | June 30, 2014 |
| Re: Claim Administration and Objection | Invoice 466214 |
| I.D. 105119-00006 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/14 | RJP | Preliminary review of proofs of claim filed in Lofino Properties and Southland 75 cases. | 0.70 | 395.00 | 276.50 |
| | | **Total Fees** | **0.70** | | **276.50** |

| | |
|---|---|
| **Total Fees and Disbursements** | **276.50** |
| **Total Current Charges** | **276.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

June 30, 2014
Invoice  466215

ID: 105119-00008 - HEM
Re: Fee/Employment Applications

For Services Rendered Through May 31, 2014

| | |
|---|---|
| Current Fees | 516.50 |
| **Total Current Charges** | **516.50** |

---

Charge to: _____Visa  _____Mastercard  _____American Express  _____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | June 30, 2014 |
| Re: Fee/Employment Applications | Invoice  466215 |
| I.D. 105119-00008 - HEM | Page  2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/12/14 | HEM | Correspondence w. R. Jackson regarding conference call to discuss Kin and Shaneyfelt employment applications and fees related thereto; analysis; particpate in conference call with J. Kin, P. Shaneyfelt and R. Jackson. | 0.60 | 400.00 | 240.00 |
| 05/23/14 | RJP | Conference with Mr. Menninger and outline carve outs and fee procedures applicable to payment of fees and reimbursement of expenses of counsel for Trustee. (0.4) Review April monthly statements for circulation to counsel for parties. (0.2) | 0.60 | 395.00 | 237.00 |
| 05/27/14 | RJP | Serve April monthly statements on parties in fee procedures order. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **1.30** | | **516.50** |

| | |
|---|---|
| **Total Fees and Disbursements** | **516.50** |
| **Total Current Charges** | **516.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
**600 Vine Street, #2500**
**Cincinnati, OH 45202-2409**

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

**TERMS: Payable Upon Receipt**
**SERVICE CHARGE AFTER 30 DAYS**

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

June 30, 2014
Invoice 466216

ID: 105119-00009 - HEM
Re: Fee/Employment Objections

For Services Rendered Through May 31, 2014

| | |
|---|---|
| Current Fees | 434.50 |
| **Total Current Charges** | **434.50** |

Charge to: _____Visa    _____Mastercard    _____American Express    _____Discover Card
Account #: _____    Exp. Date: _____
Name: _____    Signature: _____    Amount: $_____

### Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | June 30, 2014 |
| Re: Fee/Employment Objections | Invoice  466216 |
| I.D. 105119-00009 - HEM | Page  2 |

## Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/14 | RJP | Revise proposed order approving Ms. Hadac's first application for compensation and reimbursement of expenses; e-mail to parties explaining basis for revisions. | 0.60 | 395.00 | 237.00 |
| 05/02/14 | RJP | Telephone conference with Ms. Guthrie regarding timing of entry of order approving Ms. Hadac's fees and expenses. Review further revisions to order requested by Ms. Jackson and e-mails approving order. E-mail to Ms. Guthrie to confirm timing for uploading order. | 0.20 | 395.00 | 79.00 |
| 05/07/14 | RJP | Telephone conference with Messrs. Kin and Shaneyfelt regarding objection to employment as counsel for debtors in possession; conference with Mr. Menninger regarding same. E-mails from and to Mr. Shaneyfelt regarding same and need to determine position of United States Trustee on request. | 0.30 | 395.00 | 118.50 |

| | Hours | Amount |
|---|---|---|
| **Total Fees** | **1.10** | **434.50** |
| **Total Fees and Disbursements** | | 434.50 |
| **Total Current Charges** | | **434.50** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

**Telephone: (513) 852-6000**
**Fax: (513) 852-6087**
**Fed Tax I.D.: 31-0494955**

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

June 30, 2014
Invoice  466217

ID: 105119-00010 - HEM
Re:Financing

For Services Rendered Through May 31, 2014

| | |
|---|---|
| Current Fees | 395.00 |
| **Total Current Charges** | **395.00** |

Charge to: _____Visa  _____Mastercard  _____American Express  _____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

### Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | June 30, 2014 |
| Re: Financing | Invoice  466217 |
| I.D. 105119-00010 - HEM | Page  2 |

| | | **Fees** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 05/02/14 | RJP | E-mail proposed Glicny cash collateral order to Messrs. Kin and Shaneyfelt. (0.1) Telephone conference with Mr. Shaneyfelt regarding cash collateral order with Glicny. (0.2) Telephone conference with Ms. Jackson regarding Glicny cash collateral order and developments in case, e-mail order to Ms. Jackson and obtain approval to execute order on her behalf. (0.2) E-mails to and from Mr. Blomgren, obtain approval to execute Glicny cash collateral order. (0.1) E-mail Glicny cash collateral order to Messrs. Sanker and Stitt at Mr. Sanker's request; brief telephone conference with Mr. Stitt regarding same. (0.1) Upload Glicny cash collateral order and advise parties of uploading of same. (0.1) | 0.80 | 395.00 | 316.00 |
| 05/13/14 | RJP | Reply to e-mail from Mr. Shapiro and confirm entry of second interim cash collateral order with Glicny. | 0.10 | 395.00 | 39.50 |
| 05/30/14 | RJP | E-mail to Mr. Sirower regarding continued use of cash collateral pending closings and sale of Cub Foods II. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **1.00** | | **395.00** |
| | | **Total Fees and Disbursements** | | | **395.00** |
| | | **Total Current Charges** | | | **395.00** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

June 30, 2014
Invoice 466218

ID: 105119-00013 - HEM
Re: Plan and Disclosure Statement

For Services Rendered Through May 31, 2014

| | |
|---|---|
| Current Fees | 1,738.00 |
| **Total Current Charges** | **1,738.00** |

Charge to: _____ Visa   _____ Mastercard   _____ American Express   _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Lofino Properties, LLC | June 30, 2014 |
| Re: Plan and Disclosure Statement | Invoice 466218 |
| I.D. 105119-00013 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/14 | RJP | Review e-mail from Mr. Stitt with plan, disclosure statement, and executory contract exhibit. E-mails to and from Mr. Sloan regarding rent rolls, lease/executory contract issues, and CAM charge issues. | 0.50 | 395.00 | 197.50 |
| 05/02/14 | RJP | Reply to e-mail from Mr. Stitt and approve filing of joint plan and disclosure statement. | 0.10 | 395.00 | 39.50 |
| 05/06/14 | RJP | E-mail to Messrs. Sanker and Stitt regarding disclosure hearing date to be set by the Court. | 0.10 | 395.00 | 39.50 |
| 05/07/14 | RJP | Review fee information received from staff, telephone conference with Messrs. Menninger and Sanker regarding estimate of trustee and counsel fees, carve out proposed in Glicny sale motion, and effect on plan and funds available for other claimants. (0.7) Conference with Mr. Menninger regarding fee projections, claims filed to date, CAM charges, cure claims, contract rejection issues, and impact on plan. (0.5) | 1.20 | 395.00 | 474.00 |
| 05/19/14 | RJP | Receive e-mail from Mr. Stitt, telephone conference with Mr. Stitt regarding mailing of order and notice of disclosure hearing and mailing of disclosure statement, and developments in case. (0.2) Review order and notice of disclosure hearing, update service lists, instruct Ms. Werner regarding coordinating service of order and notice and of disclosure statement and plan. (0.8) | 1.00 | 395.00 | 395.00 |
| 05/20/14 | RJP | Revise service lists, coordinate mailing of order and notice of disclosure hearing and of plan and disclosure statement, prepare and file certificate of mailing foregoing. (1.5) | 1.50 | 395.00 | 592.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees** | **4.40** | | **1,738.00** |
| | | | | | |
| | | **Total Fees and Disbursements** | | | **1,738.00** |
| | | **Total Current Charges** | | | **1,738.00** |

# WOOD & LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Lofino Properties, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

June 30, 2014
Invoice  466219

ID: 105119-00014 - HEM
Re:Relief from Stay Proceedings

For Services Rendered Through May 31, 2014

| | |
|---|---|
| Current Fees | 197.50 |
| **Total Current Charges** | **197.50** |

---

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

### Wood & Lamping LLP

| | |
|---|---|
| Lofino Properties, LLC | June 30, 2014 |
| Re: Relief from Stay Proceedings | Invoice 466219 |
| I.D. 105119-00014 - HEM | Page 2 |

| | | **Fees** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 05/07/14 | RJP | E-mails from and to Mr. Gabriel (counsel for Glicny) regarding motion for relief from stay to be filed. (0.2) Cursory review of motion for relief from stay filed by Glicny. (0.2) | 0.40 | 395.00 | 158.00 |
| 05/08/14 | RJP | Review order combining preliminary and final hearings and setting final hearing on Glicny stay relief motion. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **0.50** | | **197.50** |
| | | **Total Fees and Disbursements** | | | 197.50 |
| | | **Total Current Charges** | | | **197.50** |