# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

January 9, 2014
Invoice 460449

ID: 160719-00005 - HEM
Re: Case Administration

For Services Rendered Through December 31, 2013

| | |
|---|---|
| Current Fees | 2,055.00 |
| **Total Current Charges** | **2,055.00** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping LLP

| | |
|---|---|
| Southland 75, LLC | January 9, 2014 |
| Re: Case Administration | Invoice 460449 |
| I.D. 160719-00005 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/09/13 | HEM | Corresp. w. Ray Pikna and R. Jackson regarding substantive consolidation. | 0.10 | 395.00 | 39.50 |
| 12/19/13 | RJP | Review e-mail from Mr. Kin requesting change in time of meeting due to Mr. Lofino's travel schedule, conference with Mr. Menninger regarding same and reply to Mr. Kin. | 0.10 | 380.00 | 38.00 |
| 12/23/13 | RJP | Attend part of meeting with Messrs. Vollmer (Midland Retail - retail specialist), McGill (LCM Investments Director of Facilities), Sloan (Controller), Shaneyfelt (counsel for Lofino Properties), Kin (counsel for Southland 75), and Menninger (Trustee), with Mr. Lofino by telephone, regarding issues relating to cases and direction to be taken in cases; post-meeting conference with Mr. Menninger. | 1.00 | 380.00 | 380.00 |
| 12/30/13 | RJP | Conference with Mr. Menninger regarding case and actions to be taken. (0.1) Work on motion for substantive consolidation. (2.0) | 2.10 | 380.00 | 798.00 |
| 12/31/13 | RJP | Conference with Mr. Menninger regarding factual predicates for substantive consolidation. Review authorities on substantive consolidation and work on motion. | 2.00 | 380.00 | 760.00 |
| 12/31/13 | HEM | Conf. w. Ray Pikna regarding substantive consolidation. | 0.10 | 395.00 | 39.50 |
| | | **Total Fees** | **5.40** | | **2,055.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **2,055.00** |
| **Total Current Charges** | **2,055.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

January 9, 2014
Invoice  460450

ID: 160719-00008 – HEM
Re: Fee/Employment Applications

For Services Rendered Through December 31, 2013

| | |
|---|---|
| Current Fees | 646.00 |
| **Total Current Charges** | **646.00** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Southland 75, LLC | January 9, 2014 |
| Re: Fee/Employment Applications | Invoice  460450 |
| I.D. 160719-00008 - HEM | Page  2 |

| | | Fees | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 12/21/13 | RJP | Prepare application to employ Wood & Lamping LLP as counsel for Trustee, affidavit of Henry E. Menninger, Jr., in support of application, fee procedures motion, and notice of foregoing. E-mail same to Mr. Menninger and actions to be taken. | 1.50 | 380.00 | 570.00 |
| 12/24/13 | RJP | Finalize application for appointment of counsel, affidavit of Henry E. Menninger, Jr., motion for fee procedures, and notice of foregoing for filing, instruct Ms. Werner to file and serve same. | 0.20 | 380.00 | 76.00 |
| | | **Total Fees** | **1.70** | | **646.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | 646.00 |
| **Total Current Charges** | 646.00 |

# WOOD & LAMPING LLP

### Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

**TERMS:  Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS**

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

January 9, 2014
Invoice   460451

ID: 160719-00010 - HEM
Re:Financing

For Services Rendered Through December 31, 2013

| | |
|---|---|
| Current Fees | 3,952.00 |
| **Total Current Charges** | **3,952.00** |

Charge to:  _____Visa  _____Mastercard  _____American Express  _____Discover Card
Account #: _____  Exp. Date: _____
Name: _____  Signature: _____  Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Southland 75, LLC | January 9, 2014 |
| Re: Financing | Invoice 460451 |
| I.D. 160719-00010 - HEM | Page 2 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Fees** | | | |
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 12/09/13 | RJP | Telephone conference with Mr. Blomgren regarding use of Glicny cash collateral and potential substantive consolidation. | 0.30 | 380.00 | 114.00 |
| 12/10/13 | RJP | Review loan documents and appraisal received from Mr. Blomgren. (0.5) E-mails to and from Mr. Menninger regarding Glicny's position. (0.3) | 0.80 | 380.00 | 304.00 |
| 12/11/13 | RJP | Telephone conference with Mr. Blomgren regarding cross-collateralization issues. (0.1) Review budget received for Glicny Southland 75 store, conference with Mr. Menninger regarding revisions needed to budget. (0.4) E-mail to counsel for lenders and Ms. Jackson regarding proposed budgets, trustee and legal fees and expenses, and time periods for interim and final cash collateral orders and setting hearing on final cash collateral orders. (0.1) Revise budget for Southland 75 store subject to Glicny mortgage. (0.3) | 0.90 | 380.00 | 342.00 |
| 12/12/13 | RJP | Telephone conference with Ms. Hensley to obtain date for final hearing on motion to use cash collateral. E-mail to Mr. Sanker, Mr. Blomgren, and Ms. Jackson regarding same. Revise interim budget for store subject to Glicny mortgage. Telephone conference with Mr. Blomgren regarding budget, real estate and tax issues, and allocation of trustee fees to Southland 75 rather than Lofino properties. E-mails to and from Ms. Guthrie (counsel for Receiver) regarding revised budget, payment date for real estate taxes, status of insurance on property, and payment of fees and expenses of Receiver and counsel for Receiver. Telephone conference with Mr. Blomgren regarding foregoing. Review e-mail from Mr. Blomgren with estimated balances due to Glicny on Lofino loans and confirming availability for final cash collateral hearing. E-mail revised budget to Mr. Blomgren and explain rationale for same due to need to support vacant properties in Lofino Properties case. | 1.50 | 380.00 | 570.00 |
| 12/18/13 | RJP | Review docket, cash collateral motion filed by debtor in possession, and order appointing trustee; review e-mails from Mr. Blomgren and budget for Southland 75 store, consider revisions to budget; prepare cash collateral motion, e-mail to Mr. Blomgren regarding same and proposed modifications to budget; prepare LBR Form 4001-2 and revise cash collateral motion. (3.5) Conference with Mr. Menninger regarding budget, payments requested by Mr. Blomgren for Glicny's, meeting to be held with owner and counsel for owner, and actions to be undertaken in case. (0.2) Prepare interim cash collateral order, e-mail same and revised cash collateral motion to Mr. Blomgren. (2.0) | 5.70 | 380.00 | 2,166.00 |
| 12/20/13 | RJP | Conference with Mr. Menninger regarding payments requested by Glicny and December 2013 and January 2014 budgets. Voicemail to Mr. Blomgren and follow up e-mail regarding payments to be | 0.20 | 380.00 | 76.00 |

## Wood & Lamping, L.L.P.

| | | | | | |
|---|---|---|---|---|---|
| Southland 75, LLC | | | | | January 9, 2014 |
| I.D. 160719-00010 - HEM | | | | | Invoice  460451 |
| Re: Financing | | | | | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | made by Trustee. Telephone conference with Mr. Blomgren regarding same and developments in case. | | | |
| 12/23/13 | RJP | Prepare notice of motion for interim and final use of cash collateral. Review e-mail and budget received from Mr. Blomgren. Telephone conference with Mr. Blomgren regarding budget, filing of motion and finalizing order. Revise budget. Finalize motion for interim and final use of cash collateral, file and serve same. | 1.00 | 380.00 | 380.00 |

|  | Total Fees | 10.40 | | 3,952.00 |
|---|---|---|---|---|
|  | **Total Fees and Disbursements** | | | **3,952.00** |
|  | **Total Current Charges** | | | **3,952.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

---

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462690

ID: 160719-00003 - HEM
Re: Asset Disposition

For Services Rendered Through January 31, 2014

---

| | |
|---|---|
| Current Fees | 76.00 |
| **Total Current Charges** | **76.00** |

---

Charge to: _____ Visa   _____ Mastercard   _____ American Express   _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping LLP

| | |
|---|---|
| Southland 75, LLC | February 25, 2014 |
| Re: Asset Disposition | Invoice 462690 |
| I.D. 160719-00003 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/09/14 | RJP | Receive voicemail from Mr. Vollmer regarding lines of communication with Trustee and counsel concerning debtor's real estate. Conference with Mr. Menninger regarding same, voicemail to Mr. Vollmer. | 0.10 | 380.00 | 38.00 |
| 01/28/14 | RJP | Review e-mail and information from Mr. Vollmer regarding outlot issues. | 0.10 | 380.00 | 38.00 |
| | | **Total Fees** | **0.20** | | **76.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **76.00** |
| **Total Current Charges** | **76.00** |

# WOOD ⊛ LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462691

ID: 160719-00004 - HEM
Re: Business Operations

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 76.00 |
| **Total Current Charges** | **76.00** |

Charge to: _____ Visa    _____ Mastercard    _____ American Express    _____ Discover Card
Account #: _____    Exp. Date: _____
Name: _____    Signature: _____    Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Southland 75, LLC | February 25, 2014 |
| Re: Business Operations | Invoice  462691 |
| I.D. 160719-00004 - HEM | Page  2 |

| Fees | | | | | |
|---|---|---|---|---|---|
| Date | Atty | Description | Hours | Rate | Amount |
| 01/23/14 | RJP | Review e-mails from Mr. Richards (Foresite) regarding payables due on properties subject to Glieny mortgages. | 0.10 | 380.00 | 38.00 |
| 01/24/14 | RJP | Reply to e-mail from Mr. Richards inquiring regarding Trustee's position on payment of accounts payable. | 0.10 | 380.00 | 38.00 |
| | | **Total Fees** | **0.20** | | **76.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **76.00** |
| **Total Current Charges** | **76.00** |

# WOOD ⊛ LAMPING LLP

### Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462692

ID: 160719-00005 - HEM
Re: Case Administration

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 3,100.50 |
| **Total Current Charges** | **3,100.50** |

| | | | | |
|---|---|---|---|---|
| Charge to: _____ Visa | _____ Mastercard | _____ American Express | _____ Discover Card | |
| Account #: _____ | | Exp. Date: _____ | | |
| Name: _____ | | Signature: _____ | Amount: $_____ | |

## Wood & Lamping  LLP

| | |
|---|---|
| Southland 75, LLC | February 25, 2014 |
| Re: Case Administration | Invoice  462692 |
| I.D. 160719-00005 - HEM | Page  2 |

| | | **Fees** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 01/02/14 | RJP | Telephone conference with Mr. Menninger and counsel and representatives of Glicny Real Estate Holdings regarding their perspective on case and issues to be addressed. (0.5) Complete review of authorities on substantive consolidation and work on motion for same. (3.5) | 4.00 | 380.00 | 1,520.00 |
| 01/03/14 | RJP | Revise certificate of service for motion for substantive consolidation; prepare notice of motion for consolidation; final review of motion; instruct Ms. Werner to file and serve motion and notice. | 0.50 | 380.00 | 190.00 |
| 01/07/14 | RJP | Work on agreed order approving motion for substantive consolidation. | 1.00 | 380.00 | 380.00 |
| 01/10/14 | RJP | Conference with Mr. Menninger regarding draft agreed order approving substantive consolidation. Revise same and e-mail same to counsel for parties. | 0.20 | 380.00 | 76.00 |
| 01/14/14 | RJP | Review transcript of hearing on dismissal or appointment of trustee and consider case in light of court's findings. Re-send draft agreed order approving substantive consolidation to Mr. Blomgren. | 0.20 | 380.00 | 76.00 |
| 01/16/14 | RJP | Review e-mail from Mr. Blomgren and telephone conference with Mr. Blomgren regarding scheduling telephone conference with trustee and Glicny representatives. Conference with Mr. Menninger regarding availability for conference call and e-mail to Mr. Blomgren regarding same. | 0.10 | 380.00 | 38.00 |
| 01/17/14 | RJP | Attend majority of telephone conference with Mr. Menninger, Mr. Blomgren, and Glicny representatives; conference with Mr. Menninger regarding foregoing. | 0.10 | 380.00 | 38.00 |
| 01/21/14 | RJP | E-mails from and to Mr. Kin regarding delivery of documents requested by Trustee. | 0.10 | 380.00 | 38.00 |
| 01/23/14 | RJP | Review e-mail from Mr. Shaneyfelt, voicemail to Mr. Shaneyfelt and follow up e-mail regarding same. Conference with Mr. Menninger regarding proposed revisions. Telephone conference with Mr. Shaneyfelt regarding proposed revisions to draft agreed order of substantive consolidation relating to non-recourse issue, revise proposed order. E-mail proposed order to counsel for parties. Review e-mail from Mr. Kin, reply to same and confirm extension of time for debtors to respond to motion for substantive consolidation pending receipt of comments to revised order from parties. | 0.20 | 380.00 | 76.00 |
| 01/27/14 | RJP | Review e-mail from Mr. Shaneyfelt regarding Glicny position on revised agreed substantive consolidation order. E-mail to Mr. Blomgren to confirm same; review reply. Receive e-mail approval of proposed order from Mr. Sanker (counsel for First Financial). E-mails to and from Messrs. Shaneyfelt and Kin (counsel for Lofino Properties and Southland 75) and obtain approvals to agreed | 0.10 | 380.00 | 38.00 |

### Wood & Lamping, L.L.P.

| Southland 75, LLC | February 25, 2014 |
|---|---|
| I.D. 160719-00005 - HEM | Invoice 462692 |
| Re: Case Administration | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | substantive consolidation order. Conference with Mr. Menninger regarding foregoing and instruct Ms. Werner to upload order. | | | |
| 01/28/14 | HEM | File study and analysis of issues relating to possible sale of big boxes, and outlots; plan prospects; cash collateral issues; etc. | 1.50 | 395.00 | 592.50 |
| 01/29/14 | RJP | Review orders of substantive consolidation, e-mail to signatories to order regarding entry of same and cash collateral order being prepared. | 0.10 | 380.00 | 38.00 |

| | | | Total Fees | 8.10 | | 3,100.50 |
|---|---|---|---|---|---|---|

| Total Fees and Disbursements | 3,100.50 |
|---|---|
| **Total Current Charges** | **3,100.50** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice 462693

ID: 160719-00006 - HEM
Re: Claim Administration and Objection

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 38.00 |
| **Total Current Charges** | **38.00** |

Charge to: _____ Visa    _____ Mastercard    _____ American Express    _____ Discover Card
Account #: _____    Exp. Date: _____
Name: _____    Signature: _____    Amount: $_____

### Wood & Lamping  LLP

| | |
|---|---|
| Southland 75, LLC | February 25, 2014 |
| Re: Claim Administration and Objection | Invoice  462693 |
| I.D. 160719-00006 - HEM | Page  2 |

| | | | | | |
|---|---|---|---|---|---|
| **Fees** | | | | | |
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 01/22/14 | RJP | Review e-mail and payoff statements for Glicny loans received from Mr. Blomgren. | 0.10 | 380.00 | 38.00 |
| | | **Total Fees** | **0.10** | | **38.00** |
| | | **Total Fees and Disbursements** | | | **38.00** |
| | | **Total Current Charges** | | | **38.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462694

ID: 160719-00008 - HEM
Re: Fee/Employment Applications

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 380.00 |
| **Total Current Charges** | **380.00** |

Charge to: _____ Visa   _____ Mastercard   _____ American Express   _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping  LLP

| Southland 75, LLC | February 25, 2014 |
|---|---|
| Re: Fee/Employment Applications | Invoice  462694 |
| I.D. 160719-00008 - HEM | Page  2 |

| **Fees** | | | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 01/08/14 | RJP | Prepare monthly statement to be sent under fee procedures order. | 0.20 | 380.00 | 76.00 |
| 01/09/14 | RJP | Finalize monthly statements. E-mail to Ms. Jackson to request she accept service on behalf of United States Trustee. Review reply. Prepare correspondence for transmission of monthly statements. | 0.30 | 380.00 | 114.00 |
| 01/18/14 | RJP | Prepare order approving employment of Wood & Lamping LLP as counsel for Trustee, and order approving fee procedures motion. | 0.50 | 380.00 | 190.00 |
| | | **Total Fees** | **1.00** | | **380.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **380.00** |
| **Total Current Charges** | **380.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462695

ID: 160719-00010 - HEM
Re: Financing

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 1,489.50 |
| **Total Current Charges** | **1,489.50** |

Charge to: _____ Visa   _____ Mastercard   _____ American Express   _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping LLP

| Southland 75, LLC | February 25, 2014 |
|---|---|
| Re: Financing | Invoice 462695 |
| I.D. 160719-00010 - HEM | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/14 | RJP | Telephone conference with Mr. Blomgren and e-mails to and from Mr. Blomgren for approval of interim cash collateral order with Glicny. Execute interim order, instruct Ms. Werner to upload same, and telephone conference with Ms. Hensley (courtroom deputy) regarding uploading of order. E-mail to Mr. Blomgren to report status, conference with Mr. Menninger regarding same and timing of payment of adequate protection to Glicny. Receive wiring instructions from Mr. Blomgren for use upon entry of interim cash collateral order. | 0.50 | 380.00 | 190.00 |
| 01/03/14 | RJP | Conference with Mr. Menninger regarding status of interim cash collateral order and small variance in amount provided by Mr. Blomgren from amounts due in exhibit to interim cash collateral order. Provide wiring instructions for payment to receiver. | 0.10 | 380.00 | 38.00 |
| 01/03/14 | HEM | Research regarding impact of single asset real estate determination on need for immediate entry of cash collateral order. | 0.50 | 395.00 | 197.50 |
| 01/06/14 | RJP | Review e-mails between Mr. Menninger and Ms. Hadac (receiver) regarding payment of adequate protection to Glicny and from Mr. Menninger to Mr. Blomgren regarding same. | 0.10 | 380.00 | 38.00 |
| 01/14/14 | RJP | Voicemail to Mr. Kin regarding substantive consolidation, cash collateral hearing, post-petition financing issues and payment of taxes, and new value for plan. Telephone conference with Mr. Blomgren regarding final cash collateral hearing, status of budget, cancelling hearing, substantive consolidation, and status of responses from debtors following meeting of creditors. Voicemails to and from Ms. Guthrie and e-mail to Ms. Guthrie regarding budgets to be prepared. Telephone conference with Mr. Richards (Foresite) regarding budgets to be prepared for properties subject to Glicny's liens; e-mail December budget for Southland center not in receivership to Mr. Richards to incorporate in budget as placeholder pending receipt of budget from owner. (1.1) Conference with Mr. Menninger regarding status of pending matters. (0.1) | 1.20 | 380.00 | 456.00 |
| 01/15/14 | RJP | Review e-mails, potential tenant information, and budgets received from Mr. Richards (Foresite). Forward same to Mr. Menninger. (0.2) Telephone conference call with Messrs. Kin and Shaneyfelt regarding cash collateral hearing, post-petition financing and payment of real estate tax issues, substantive consolidation, new value, and status of providing information and repayment to estate as represented by debtors at 341 meeting. (0.3) Telephone conference with Ms. Hensley regarding cancelling January 16 hearing, setting final hearing in February on final cash collateral order, and notice to be prepared; e-mail to counsel for lenders, receiver, and debtors regarding same and February hearing date. (0.1) Conference with Mr. Menninger regarding developments. | 0.70 | 380.00 | 266.00 |

**Wood & Lamping, L.L.P.**

| Southland 75, LLC | February 25, 2014 |
|---|---|
| I.D. 160719-00010 - HEM | Invoice 462695 |
| Re: Financing | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (0.1) | | | |
| 01/16/14 | RJP | Conference with Mr. Menninger regarding budgets received from Mr. Richards (Foresite). Review budgets received from Mr. Richards, compare to full year budgets previously received from Mr. Blomgren for properties subject to Glicny's mortgages and liens, and e-mail to Mr. Richards regarding issues presented. | 0.40 | 380.00 | 152.00 |
| 01/17/14 | RJP | Voicemails to and from Mr. Richards (Foresite) regarding budget; telephone conference with Mr. Richards regarding 2014 budgets received from Glicny for properties in prior receivership and telephone conference with Mr. Blomgren and Glicny representatives. Conference with Mr. Menninger regarding developments. | 0.20 | 380.00 | 76.00 |
| 01/18/14 | RJP | Prepare notice of final hearing on cash collateral motion, instruct Ms. Werner to file and serve same. | 0.20 | 380.00 | 76.00 |

|  | Total Fees | 3.90 | | 1,489.50 |
|---|---|---|---|---|

| | Total Fees and Disbursements | 1,489.50 |
|---|---|---|
| | Total Current Charges | 1,489.50 |

# WOOD ❦ LAMPING LLP

**Attorneys and Counselors at Law**
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS: Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 26, 2014
Invoice  462744

ID: 160719-00012 - HEM
Re: Meeting of Creditors

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 950.00 |
| **Total Current Charges** | **950.00** |

Charge to: _____ Visa _____ Mastercard _____ American Express _____ Discover Card
Account #: _____   Exp. Date: _____
Name: _____   Signature: _____   Amount: $_____

## Wood & Lamping  LLP

| | |
|---|---|
| Southland 75, LLC | February 26, 2014 |
| Re: Meeting of Creditors | Invoice  462744 |
| I.D. 160719-00012 - HEM | Page  2 |

| | | **Fees** | | | |
|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Rate** | **Amount** |
| 01/03/14 | RJP | Attend meeting of creditors and represent trustee at same. | 2.00 | 380.00 | 760.00 |
| 01/03/14 | RJP | To and from bankruptcy courthouse in Dayton for 341 meeting (billed at half of hourly rate). | 1.00 | 190.00 | 190.00 |
| | | **Total Fees** | **3.00** | | **950.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | 950.00 |
| **Total Current Charges** | **950.00** |

# WOOD & LAMPING LLP

Attorneys and Counselors at Law
600 Vine Street, #2500
Cincinnati, OH 45202-2409

Telephone: (513) 852-6000
Fax: (513) 852-6087
Fed Tax I.D.: 31-0494955

TERMS:  Payable Upon Receipt
SERVICE CHARGE AFTER 30 DAYS

Southland 75, LLC
c/o Hank Menninger, Trustee
Wood & Lamping LLP
,

February 25, 2014
Invoice  462696

ID: 160719-00013 - HEM
Re: Plan and Disclosure Statement

For Services Rendered Through January 31, 2014

| | |
|---|---|
| Current Fees | 38.00 |
| **Total Current Charges** | **38.00** |

| | | | | |
|---|---|---|---|---|
| Charge to: _____Visa | _____Mastercard | _____American Express | _____Discover Card | |
| Account #: _____ | | Exp. Date: _____ | | |
| Name: _____ | | Signature: _____ | Amount: $_____ | |

### Wood & Lamping  LLP

| | |
|---|---|
| Southland 75, LLC | February 25, 2014 |
| Re: Plan and Disclosure Statement | Invoice  462696 |
| I.D. 160719-00013 - HEM | Page  2 |

| | | Fees | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Atty** | **Description** | | **Hours** | **Rate** | **Amount** |
| 01/03/14 | RJP | Conference with counsel for debtor regarding substantive consolidation and plan funding issues. | | 0.10 | 380.00 | 38.00 |
| | | **Total Fees** | | **0.10** | | **38.00** |

| | |
|---|---|
| **Total Fees and Disbursements** | **38.00** |
| **Total Current Charges** | **38.00** |