

**Certified Public Accountants**
4486 Indian Ripple Road
Dayton, OH 45440-3203

SOUTHLAND 75 LLC
3255 SEAJAY DRIVE
DAYTON, OH 45430

Invoice Date: 09/25/2014
Invoice Number: 207597
Client Number: 5307.009

AMOUNT PAID: _____

RETURN WITH REMITTANCE

Invoice Date: 09/25/2014    Invoice Number: 207597    Client Number: 5307.009

Preparation of 2013 partnership tax returns.
All assistance related to tax matters.

Current Amount Due    $    2,335.00



EXHIBIT
3

HAMMERMAN, GRAF, HUGHES & COMPANY, INC.
• Certified Public Accountants • www.hghcpa.com • 4486 Indian Ripple Road • Dayton, OH 45440-3203 • 937.320.1262 t • 937.431.0775 f •

Sep 25, 2014   1:16:09 PM

Hammerman, Graf, Hughes & Co., Inc. CPAs

# Billing Worksheet
Primary Partner - Client Code
For the Period: 01/01/1990 - 09/25/2014
WIP Approved ( 08/31/2014 )

Page: 1

**Primary Partner: Graf, Dick (203)**

| | Eng Fee | FYE | WIP Thru 09/25/2014 | WIP | Progress | Net WIP | AR Balance |
|---|---|---|---|---|---|---|---|
| **5307.009 - SOUTHLAND 75 LLC** | 0.00 | Dec | 2335.25 | 2335.25 | 0.00 | 2335.25 | 0.00 |

Billing Notes: NONE

Invoices for all Engagements since 01/01/2013

| | | | | Realization | Hours | Amount | Adjust |
|---|---|---|---|---|---|---|---|
| 1122047 | | | 07/31/2013 | 86.67% | 14.25 | 1625.00 | -250.00 |

**WIP - SOUTHLAND 75 LLC (009) -**

| | | | | | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 100 | 147 Misc Accounting Service | Kloenne,Ri | 09/11/2014 | | info to trustee reading hgh fees | 115.00 | 1.75 | 201.25 |
| 100 | 147 Misc Accounting Service | Kloenne,Ri | 09/13/2014 | | phone with attorney regarding request for hgh fees | 115.00 | 0.25 | 28.75 |
| 100 | 147 Misc Accounting Service | Kloenne,Ri | 09/15/2014 | | | 115.00 | 0.75 | 86.25 |
| | | | | | 100 Totals | | 2.75 | 316.25 |
| | | | | | 100 Totals | | 2.75 | 316.25 |
| 200 | 231 Business Tax Returns | Kloenne,Ri | 08/25/2014 | | | 130.00 | 3.00 | 390.00 |
| 200 | 242 Tax Research | Cohen 1,Wi | 08/28/2014 | | COD; draws vs loan | 199.00 | 1.00 | 199.00 |
| 200 | 231 Business Tax Returns | Kloenne,Ri | 08/28/2014 | | | 130.00 | 5.00 | 650.00 |
| 200 | 231 Business Tax Returns | Fisher,Cin | 08/29/2014 | | ENG | 70.00 | 0.25 | 17.50 |
| 200 | 231 Business Tax Returns | Graf,Dick | 08/29/2014 | | ENGAGE LETTER & R&S MARCH | 150.00 | 1.00 | 150.00 |
| 200 | 231 Business Tax Returns | Kloenne,Ri | 09/02/2014 | | discuss with rpg | 130.00 | 0.25 | 32.50 |
| 200 | 231 Business Tax Returns | Graf,Dick | 09/02/2014 | | TAX RESEARCH & T/C PIKNA | 150.00 | 2.00 | 300.00 |
| 200 | 231 Business Tax Returns | Graf,Dick | 09/08/2014 | | FINISH CHANGES & PRINT | 150.00 | 1.50 | 225.00 |
| 200 | 231 Business Tax Returns | Fisher,Cin | 09/09/2014 | | | 70.00 | 0.25 | 17.50 |
| 200 | 231 Business Tax Returns | Graf,Dick | 09/09/2014 | | R & S 1065 | 150.00 | 0.25 | 37.50 |
| | | | | | 200 Totals | | 14.50 | 2019.00 |
| | | | | | 200 Totals | | 14.50 | 2019.00 |
| | | | | | SOUTHLAND 75 LLC (009) | | 17.25 | 2335.25 |


2335.



**HAMMERMAN GRAF, HUGHES & COMPANY, INC.**

**Certified Public Accountants**
4486 Indian Ripple Road
Dayton, OH 45440-3203

LOFINO PROPERTIES LLC
3255 SEAJAY DRIVE
BEAVERCREEK, OH 45430

Invoice Date: 09/25/2014
Invoice Number: 207598
Client Number: 5307.005

AMOUNT PAID: _____

RETURN WITH REMITTANCE

Invoice Date: 09/25/2014    Invoice Number: 207598    Client Number: 5307.005

Preparation of 2013 partnership tax returns.
All assistance related to tax matters.

$ 2,935.00

HAMMERMAN, GRAF, HUGHES & COMPANY, INC.
• Certified Public Accountants • www.hghcpa.com • 4486 Indian Ripple Road • Dayton, OH 45440-3203 • 937.320.1262 t • 937.431.0775 f •

Sep 25, 2014   12:30:02 PM

Hammerman, Graf, Hughes & Co., Inc. CPAs

## Billing Worksheet
Primary Partner - Client Code
For the Period: 01/01/1990 - 09/25/2014
WIP Approved ( 08/31/2014 )

Page: 1

**Primary Partner: Graf, Dick (203)**

| | 5307.005 - LOFINO PROPERTIES LLC | | Eng Fee | FYE | WIP Thru 09/25/2014 | WIP | Progress | Net WIP | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | 0.00 | Dec | 5592.50 | 5592.50 | 0.00 | 5592.50 | 4900.00 |

Billing Notes: NONE

Invoices for all Engagements since 01/01/2013

| | | | | | Realization | Hours | Amount | Adjust |
|---|---|---|---|---|---|---|---|---|
| 199978 | | | | 09/27/2013 | 90.01% | 42.50 | 4900.00 | -543.75 |

**WIP - LOFINO PROPERTIES LLC (005) -**

| | | | | | Memo | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 100 | 100 | 147 Misc Accounting Service | Graf,Richa | 10/01/2013 | assisted Martin in setting copying existing chart of accounts to new entities in Peachtree | 70.00 | 0.50 | 35.00 |
| 100 | 100 | 141 Write Up | Graf,Dick | 10/17/2013 | mtg plan | 140.00 | 3.00 | 420.00 |
| 100 | 100 | 141 Write Up | Graf,Dick | 10/18/2013 | mtg mdl & jon Rosemeyer at lofinios | 140.00 | 3.00 | 420.00 |
| 100 | 100 | 141 Write Up | Graf,Dick | 10/21/2013 | t/c & email | 140.00 | 1.00 | 140.00 |
| 100 | 100 | 149 Support In House Acct Syst | Buschur,Ju | 01/10/2014 | peachtree help | 90.00 | 0.50 | 45.00 |
| 100 | 100 | 141 Write Up | Graf,Dick | 02/17/2014 | T/C & PREP | 140.00 | 1.50 | 210.00 |
| 100 | 100 | 141 Write Up | Graf,Dick | 02/21/2014 | CONF CALL & MTG | 140.00 | 1.50 | 210.00 |
| 100 | 100 | 147 Misc Accounting Service | Kloenne,Ri | 02/24/2014 | research security deposit balances at 12/31/9 email spreadsheet to martin per his request | 115.00 | 0.50 | 57.50 |
| 100 | 100 | 141 Write Up | Graf,Dick | 06/12/2014 | MTG - CINCINNATI | 140.00 | 2.50 | 350.00 |
| 100 | 100 | 141 Write Up | Graf,Dick | 06/17/2014 | T/C MDL JR. RE:REAL ESTATE & TC | 140.00 | 2.00 | 280.00 |
| 100 | 100 | 141 Write Up | Graf,Dick | 08/04/2014 | EMAIL - MICHAEL INFO | 140.00 | 1.00 | 140.00 |
| 100 | 100 | 141 Write Up | Graf,Dick | 08/05/2014 | EMAIL FOR MICHAEL & ATTY | 140.00 | 1.00 | 140.00 |
| 100 | 100 | 141 Write Up | Graf,Dick | 08/06/2014 | T/C MCCLATCHEY & EMAIL MICHAEL | 140.00 | 1.50 | 210.00 |
| | | | | | 100 Totals | | 19.50 | 2657.50 |
| | | | | | 100 Totals | | 19.50 | 2657.50 |
| 200 | 200 | 231 Business Tax Returns | Kloenne,Ri | 06/25/2013 | | 130.00 | 0.00 | 0.00 |
| 200 | 200 | 221 Personal Tax Returns | Graf,Dick | 01/22/2014 | T/C & MTG - BANKRUPTCY INFO + RESEARCH | 150.00 | 3.00 | 450.00 |
| 200 | 200 | 221 Personal Tax Returns | Kloenne,Ri | 03/06/2014 | 2013 depreciation schedules to martin | 130.00 | 0.25 | 32.50 |
| 200 | 200 | 231 Business Tax Returns | Graf,Dick | 08/20/2014 | TAX RESEARCH & T/C | 150.00 | 2.00 | 300.00 |
| 200 | 200 | 231 Business Tax Returns | Fisher,Cin | 08/29/2014 | | 70.00 | 0.25 | 17.50 |
| 200 | 200 | 231 Business Tax Returns | Graf,Dick | 08/29/2014 | ENGAGE LETTER & R&S MARCH | 150.00 | 1.00 | 150.00 |
| 200 | 200 | 231 Business Tax Returns | Kloenne,Ri | 09/02/2014 | | 130.00 | 3.25 | 422.50 |
| 200 | 200 | 231 Business Tax Returns | Kloenne,Ri | 09/03/2014 | phone with martin | 130.00 | 0.25 | 32.50 |
| 200 | 200 | 231 Business Tax Returns | Kloenne,Ri | 09/03/2014 | | 130.00 | 1.50 | 195.00 |
| 200 | 200 | 221 Personal Tax Returns | Graf,Dick | 09/04/2014 | T/C MARTIN - G/L INFO | 150.00 | 1.00 | 150.00 |
| 200 | 200 | 231 Business Tax Returns | Kloenne,Ri | 09/04/2014 | | 130.00 | 1.50 | 195.00 |
| 200 | 200 | 231 Business Tax Returns | Fisher,Cin | 09/08/2014 | bkruptcy | 70.00 | 0.25 | 17.50 |
| 200 | 200 | 221 Personal Tax Returns | Graf,Dick | 09/08/2014 | COMPLETE AFFIDAVIT & INFO | 150.00 | 1.50 | 225.00 |
| 200 | 200 | 231 Business Tax Returns | Fisher,Cin | 09/09/2014 | | 70.00 | 0.25 | 17.50 |
| 200 | 200 | 231 Business Tax Returns | Fisher,Cin | 09/09/2014 | rpcs | 70.00 | 0.25 | 17.50 |
| 200 | 200 | 231 Business Tax Returns | Graf,Dick | 09/09/2014 | R & S 1065 | 150.00 | 0.25 | 37.50 |
| 200 | 200 | 231 Business Tax Returns | Graf,Dick | 09/09/2014 | CHECK 1065 & CHANGE & PRINT | 150.00 | 2.50 | 375.00 |
| 200 | 200 | 231 Business Tax Returns | Graf,Dick | 09/15/2014 | INFO TO ATTY, EMAIL, REVIEW | 150.00 | 2.00 | 300.00 |
| | | | | | 200 Totals | | 21.00 | 2935.00 |
| | | | | | 200 Totals | | 21.00 | 2935.00 |
| | | | | | LOFINO PROPERTIES LLC (005) | | 40.50 | 5592.50 |

*2935* (handwritten)